# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

EUGENE L. CLECKLER

**WARRANT FOR ARREST**

CASE NUMBER: 2:06 mj 76-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Eugene L. Cleckler___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attachment A

in violation of __18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a)__.

__SUSAN RUSS WALKER__
Name of Issuing Officer

[signature]
Signature of Issuing Officer

__U.S. MAGISTRATE JUDGE__
Title of Issuing Officer

__AUGUST 1, 2006    MONTGOMERY, ALABAMA__
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |