AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA
V.
EUGENE L. CLECKLER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2:06mj76-SRW

I, __EUGENE L. CLECKLER__, charged in a  X  complaint  ☐ petition pending in this District

in violation of __18 & 26__, U.S.C., __71, 2(a), 2(b) & 7212(a)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a   X  examination  ☐ hearing  , do hereby waive (give up) my right to a preliminary   X  examination  ☐ hearing.

8/8/06
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant