IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. <u>2:06mj76-W</u> |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER ) | |

## MOTION TO AMEND COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

On August 1, 2006, a Complaint was filed against Eugene L. Cleckler and Kim Cleckler, 2:06mj76-W (copy attached). The circled portion (which states "travel in interstate commerce with intent to avoid prosecution") was inadvertently carried over from a prior complaint and should be deleted. The proposed deletion is clerical in nature only and does not affect the substantive counts against the defendants.

The government requests that it be allowed to amend this complaint by deleting the circled portion and resubmitting the corrected version for filing.

Respectfully submitted this the 9th day of August, 2006.

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/Andrew O. Schiff
                                                  ANDREW O. SCHIFF
                                                  Assistant United States Attorney
                                                  One Court Square, Suite 201
                                                  Montgomery, AL 36104
                                                  Phone: (334)223-7280
                                                  Fax: (334)223-7135
                                                  E-mail: <u>andrew.schiff@usdoj.gov</u>

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06mj76-W |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Beck, Esq. and Ronald Brunson, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

FILED
AUG 1 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

UNITED STATES OF AMERICA

v.

EUGENE L. CLECKLER, and
KIM CLECKLER

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06 mj 76-W

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November, 1996, through November, 2000,</u> in <u>Chilton</u> County, in the <u>Middle</u> District of <u>Alabama</u> defendant(s) did, (Track Statutory Language of Offense)

See Attachment A

travel in interstate commerce with intent to avoid prosecution, in violation of <u>18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a)</u>.

I further state that I am a <u>Special Agent with Internal Revenue Service/Criminal Investigation Division</u> and
Official Title
that this complaint is based on the following facts:

See Attachment B

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>AUGUST 1, 2006</u>                                    at    <u>Montgomery, Alabama</u>
Date                                                           City and State

SUSAN RUSS WALKER
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer