IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG 15 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __2:06CR202-WKW__ |
| v. | ) | [18 USC 371; |
| | ) | 26 USC 7212(a); |
| EUGENE L. CLECKLER and | ) | 18 USC 2] |
| KIM CLECKLER | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1–CONSPIRACY

1.  At all times relevant to this Indictment:

    a.  The defendant EUGENE L. CLECKLER ("Eugene") was the father of defendant KIM CLECKLER ("Kim").

    b.  Eugene and Kim were equal partners in Gene's Marine Sales ("Gene's"), which was in the business of selling and repairing boats and accessories. Gene's principal place of business was in Clanton, Alabama.

    c.  Ezy-Ryder, Inc. ("Ezy"), which operated out of the same business location in Clanton as Gene's, was a corporation in the business of constructing and repairing boats and selling boat trailers. Eugene was Ezy's sole shareholder.

    d.  An individual identified herein as "TM" was an employee of Gene's.

    e.  An individual identified herein as "CB" was, beginning in October 1999, an employee of Ezy and/or Gene's.

2.  Beginning in or about June 1996, the Internal Revenue Service ("IRS") began an audit of Gene's for the tax years 1994 and 1995. Shortly thereafter, the IRS revenue agent (the "Agent")

assigned to conduct the audit expanded the scope of the audit to include the returns of Eugene, Kim, and Ezy.

## THE CONSPIRACY

3. From at least as early as in or about November 1996 through at least as late as November 2000, the exact dates being unknown to the grand jury, in Chilton County, Alabama, in the Middle District of Alabama, and elsewhere, the defendants herein,

EUGENE L. CLECKLER and
KIM CLECKLER,

did conspire among themselves and with TM and CB to defraud the United States and an agency thereof for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, that is, income taxes.

## OBJECT OF THE CONSPIRACY

4. The object of the conspiracy was to reduce the amount of additional taxes that the IRS was going to assess against Eugene and Kim as a result of the audit by submitting fraudulent documents to the Agent.

## MEANS AND MANNER BY WHICH THE CONSPIRACY WAS CARRIED OUT

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

5. Beginning in or about November 1996, at the direction of Eugene and with the assistance of Kim, TM created fictitious documents that purported to show amounts that Gene's had either paid to or owed to its suppliers. The purpose of creating these documents was to make it

appear as if Gene's had higher expenses (and therefore lower taxable income) than it actually had for 1994 and 1995.

6. In or about December 1996, Eugene and Kim willfully caused a summary of the fictitious documents to be presented to the Agent. The summary reflected purported expenses totaling approximately $525,000 in excess of the actual amount.

7. Beginning in or about May 2000 and continuing through in or about November 2000, at the direction of Eugene and with the assistance of Kim, TM and CB created fictitious and altered documents as follows:

(a) fictitious documents that purported to be invoices from Ezy to Ezy customers,

(b) fictitious documents that purported to be handwritten quotations from Ezy to Ezy customers, and

(c) Ezy bank deposit slips that had been altered to make it falsely appear that the source of the deposit was the customer identified in the fictitious Ezy invoice.

Eugene and Kim's purpose in causing the creation of these documents was to make it appear as if revenue earned by Gene's was in fact earned by Ezy. This was advantageous to Eugene and Kim because Ezy's losses would have offset the revenue, and therefore neither Kim nor Eugene would have owed any additional taxes. On the other hand, if the IRS concluded that Gene's had earned the revenue, Gene's income, and therefore Eugene and Kim's taxes, would have increased substantially.

8. Between in or about August 2000 and November 2000, Eugene and Kim willfully caused their attorney (the "Attorney") to produce the fictitious and altered documents to the Agent.

3

## OVERT ACTS

9.   In order to effect the object of the conspiracy, the defendants herein,

**EUGENE L. CLECKLER and
KIM CLECKLER,**

and their co-conspirators committed and willfully caused to be committed a number of overt acts in the Middle District of Alabama, and elsewhere, some of which are set forth below:

   a.   in or about November 1996, in Clanton, Alabama, TM created false documents purporting to show amounts that Gene's had paid or owed to suppliers;

   b.   from in or about May 2000 through in or about November 2000, in Clanton, Alabama, Eugene instructed TM and CB to create false documents purporting to be invoices and quotations from Ezy to its customers, as well as deposit slips relating to the transactions;

   c.   from in or about May 2000 through in or about November 2000, in Clanton, Alabama, Kim assisted TM and CB in creating the false documents referred to in paragraph b;

   d.   on or about August 8, 2000, the Attorney delivered false Ezy invoices to the Agent in Montgomery, Alabama;

   e.   on or about August 23, 2000, CB transported false Ezy documents from Clanton, Alabama to the Attorney in Birmingham, Alabama; and

   f.   on or about November 16, 2000, the Attorney delivered false and altered Ezy documents to the Agent in Montgomery, Alabama.

   All in violation of Title 18, United States Code, Sections 371 and 2(b).

## COUNT 2–OBSTRUCTION OF IRS

1. The allegations set forth in paragraphs 1 through 9 of Count 1 of this Indictment are hereby realleged as if set forth herein.

2. From at least as early as in or about May 2000 through at least at late as in or about November 2000, the exact dates being unknown to the grand jury, in the Middle District of Alabama, and elsewhere, the defendants,

EUGENE L. CLECKLER and
KIM CLECKLER,

while aiding and abetting each other and while being aided and abetted by each other and by TM and by CB, did corruptly obstruct and impede, and did endeavor to obstruct and impede the due administration of the internal revenue laws, that is, Eugene and Kim willfully caused the presentation of forged and altered documentation to the IRS, as described in paragraphs 1 through 4 and 7 through 9 of Count 1 of this Indictment, in violation of Title 26, United States Code, Section 7212(a) and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Janice Davis Williams
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ Andrew O. Schiff
Andrew O. Schiff
Assistant United States Attorney

5