IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

        VS.                              CASE NUMBER   2:06-CR-202-WKW

EUGENE L. CLECKLER

TO:   CLERK, UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF ALABAMA
        MONTGOMERY, ALABAMA

Please enter my appearance as counsel for the defendant in the above styled case.

Dated   August 19, 2006

On   _____

       _____      Court Appointed

       XXX             Retained

RONALD R. BRUNSON
Name of Trial Counsel

McCORD and BRUNSON
Firm Name

2126 MORRIS AVENUE
Address

BIRMINGHAM, ALABAMA 35203
City, State. &-Zip

205-252-2100                        205-252-2187
Telephone                             Fax No.