# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

**CASE NUMBER:** <u>2:06-cr-202-WKW</u>

vs.

EUGENE L. CLECKLER

### DEFENDANT'S REQUEST FOR DISCLOSURE

The defendant hereby requests that the government:

<u>X</u>   A.   Permit defendant to inspect and copy or photograph all statements of the defendants as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(A).

<u>X</u>   B.   Furnish defendant with a copy of defendant's prior criminal record as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(B).

<u>X</u>   C.   Permit defendant to inspect and copy or photograph all documents and tangible objects as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(C).

<u>X</u>   D.   Permit defendant to inspect and copy or photograph all results or reports of examinations, test, and experiments as provided in the Federa Rules of Criminal Procedure, Rule 16(a)(1)(D).

<u>X</u>   E.   Provide defendant with all exculpatory or otherwise favorable information as povided in cases such as Brady v. Maryland, Giles v. Maryland, Giglio v. United States & Williams v. Dutton.

<u>X</u>   F.   Furnish defendant with a copy of all statements of government witnesses as provided in 18 U.S.C. 3500.

<u> </u>   G.   (Special discovery requests)

Date signed: <u>August 19, 2006</u>      <u>/s/ Ronald R. Brunson</u>
                                                          Signature of counsel
Date served: <u>August 19, 2006</u>      Ronald R. Brunson
                                                          Name Typed
                                                          McCord & Brunson
                                                          Firm Name
                                                          2126 Morris Avenue  Birmingham, Alabama 35203
                                                          Address
                                                          205-252-2100           205-252-2187
                                                          Phone                        Fax