**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                       TELEPHONE (334) 954-3600

August 22, 2006

# NOTICE OF DEFICIENCY

**From:**              **Clerk's Office**

**Case Style:**        USA vs.  Eugene L. Cleckler

**Case Number:**       2:06-cr-00202-WKW

**Referenced Pleading:**  Notice of Attorney Appearance  [22]
                          Motion for Disclosure [23]

**Notice is hereby given that the referenced deficient pleadings were filed on August 18, 2006 in the above referenced case:**

**These pleadings contain NO certificates of service.**

**These deficiencies must be corrected within ten days from this date. You must file signed certificates of service indicating these pleadings have been served on the parties to this action.**

**DO NOT E-FILE YOUR CORRECTION ... IT MUST BE MAILED TO THE CLERK'S OFFICE ALONG WITH A COPY OF THIS NOTICE.**