IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr202-WKW |
| | ) | |
| EUGENE L. CLECKLER, and | ) | |
| KIM CLECKLER | ) | |

### GOVERNMENT'S RESPONSE TO EUGENE CLECKLER'S REQUEST FOR DISCLOSURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and responds to defendant Eugene Cleckler's Request for Disclosure as follows:

The defendant has filed a document styled "Request for Disclosure," listing certain items that he wishes the Government to produce. To the extent defendant is seeking relief from the Court, the request should be denied. The *Standing Order on Criminal Discovery*, Crim. Misc. No. 534 (M.D. Ala. Feb. 4, 1999) (the "Order"), provides that "[d]iscovery requests made pursuant to Fed. R. Crim. P. 16 and this Order require no action on the part of this court and shall not be filed with the court . . . ." In any event, the Government intends to provide discovery in this case consistent with the Order, and defendant sets forth no reason why the Order would need to be altered in this case. In particular, defendant requests disclosure of statements of Government witnesses, which the Government is not obliged to produce until after the witness testifies (although the Government may voluntarily produce such statements earlier to avoid trial delays). *See* 18 U.S.C. § 3500(a); Fed. R. Crim. P. 26.2(a). Therefore, the Court should deny defendant any relief based upon his request.

Respectfully submitted this the 22nd day of August, 2006.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/Andrew O. Schiff
          ANDREW O. SCHIFF
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr202-WKW |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Beck, Esq. and Ronald Brunson, Esq.

    Respectfully submitted,

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: andrew.schiff@usdoj.gov