IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |

**ORDER**

Now pending before the court is defendant Eugene Cleckler's request for disclosure (doc. # 23) filed on August 18, 2008. This motion is inconsistent with this court's standing order on criminal discovery which may be found at the court's website: http://www.almd.uscourts.gov/Web%20Orders%20&%20Info/Criminal%20Discovery%20General%20Order.htm. Under the standing procedures of the court, the United States will provide discovery to the defendant at the time of arraignment. Accordingly, upon consideration of the motion filed by the defendant, it is

ORDERED that this motion be and are hereby DENIED.

Done this 23rd day of August, 2006.

                                                    /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE