**COURTROOM DEPUTY MINUTES**     **DATE:** AUGUST 30, 2006
**MIDDLE DISTRICT OF ALABAMA**
                                  **DIGITAL RECORDING:** 11:10 - 11:15

- [✓] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (Rule 5)**
- [✓] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-202-WKW-CSC**     DEFT. NAME: **EUGENE CLECKLER**

USA: **A. CLARK MORRIS**     ATTY: **RONALD BRUNSON**

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does  ✓ does NOT need an interpreter; NAME: _____

---

- [ ] Kars.     Date of Arrest _____ or   [ ] Rule 5 Arrest
- [✓] Kia.     Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] Finaff.   Financial Affidavit executed  [ ] to be obtained by PTS;  [ ] **ORAL** Motion for Appt. Of Counsel.
- [ ] koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- [ ] 20appt.   Panel Attorney Appointed;  [ ] to be appointed - prepare voucher
- [ ]           Deft. Advises he will retain counsel. Has retained _____
- [ ]           Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  [ ] To be followed by written motion;
- [ ]           Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]           **DETENTION HRG**  [ ] held; [ ] Set for_____; [ ] **Prelim. Hrg** [ ] Set for_____
- [ ] kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.     [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              [ ] **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.       Deft. **ORDERED REMOVED** to originating district
- [ ] krmvhrg.  Identity/Removal Hearing [ ] set for_____; [ ] **WAIVER** of Rule 5 & 5.1 Hearings
- [ ] kwvprl.   Waiver of Preliminary hearing;
- [ ]           Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [✓] Karr.    **ARRAIGNMENT** SET FOR:_____  ✓ **HELD**. Plea of **NOT GUILTY** entered.
              ✓ **Trial Term** 10/16/06 ;  [ ] **PRETRIAL CONFERENCE DATE:** _____
              ✓ **DISCOVERY DISCLOSURES DATE:** 8/30/06
- [ ] Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**