IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA

**UNITED STATES OF AMERICA**
vs.

) CASE NUMBER: 2:06-CR-00202-WKW

**EUGENE L. CLECKLER**

<u>DEFENDANT'S WAIVER OF SPEEDY TRIAL ACT</u>

COMES NOW the Defendant, and hereby waives his right to speedy trial in the case. As evidenced by his signature below, the Defendant hereby affirmatively, knowingly and voluntarily waives his right to speedy trial as afforded him by Title 18, United States Code, Section 3161.

Respectfully submitted, this the / ( day of September, 2006.

/s/ Eugene L. Cleckler
EUGENE L. CLECKLER

RONALD R. BRUNSON
ATTORNEY FOR EUGENE L. CLECKLER
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-CR-00202-WKW |
| | ) |
| **EUGENE L. CLECKLER** | ) |

### DEFENDANT'S MOTION FOR CONTINUANCE AND WAIVER OF SPEEDY TRIAL ACT

COMES NOW the Defendant, and hereby moves the Court for a continuance in the current trial setting. The government does not oppose the continuance.

The Defendant, as evidenced by his signature on the attached document, hereby affirmatively, knowingly and voluntarily waives his right to speedy trial as afforded him by Title 18, United States Code, Section 3161.

Respectfully submitted, this the 11th day of September, 2006.

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
ATTORNEY FOR EUGENE L. CLECKLER
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL 36101-0197
Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

George L. Beck, Jr., Esq.
Terrie S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
glb@chlaw.com tsb@chlaw.com

            s/ Ronald R. Brunson
            RONALD R. BRUNSON