IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**     )
                                 )
    vs.                         ) CASE NUMBER: 2:06-CR-00202-WKW
                                 )
**EUGENE L. CLECKLER**           )

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, and hereby moves the Court for an extension of time in order to file pre-trial motions due to the voluminous nature of the discovery materials. The government does not oppose this motion.

Respectfully submitted, this the 19th day of September, 2006.

> s/ Ronald R. Brunson
> RONALD R. BRUNSON 1696
> ATTORNEY FOR EUGENE L. CLECKLER
> 2126 Morris Avenue
> Birmingham, Alabama 35203
> (205) 252-2100

## CERTIFICATE OF SERVICE

I hereby certify that on September 19th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL 36101-0197

,

George L. Beck, Jr., Esq.
Terrie S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069


s/ Ronald R. Brunson
RONALD R. BRUNSON