**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 21, 2006

# NOTICE OF DEFICIENCY

**From:**          Clerk's Office

**Case Style:**          USA vs. Eugene L. Cleckler

**Case Number:**          2:06cr202-001-WKW

**Referenced Pleading: Document #35 - Motion to Continue trial filed 9/11/06**
                    **Document #36 - Motion for Extension of Time filed 9/19/06**

**This Notice of Deficiency filed in the above referenced case to reflect that these documents were filed without proper signatures. Please contact the Clerk's office regarding this matter.**