IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR NO.   2:06cr202-WKW |
| ) | |
| EUGENE CLECKLER and   ) | |
| KIM CLECKLER   ) | |

**ORDER**

The court having continued this case for trial to the January 2007 term, it is

**ORDERED** that a final pretrial conference be and is hereby set for **November 13, 2006 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, including the deadline for the filing of pretrial, dispositive motions.

It is further

ORDERED that the defendants' motions for extensions of time to file pretrial motions (docs. # 36 & 37) be and are hereby DENIED as moot.

Done this the 21st day of September, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE