| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: NOVEMBER 13, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:11 p.m. to 1:12 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR202-WKW-CSC   **DEFENDANT NAME:** EUGENE CLECKLER
                                                                   KIM CLECKLER

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. ANDREW SCHIFF | ATTY. RONALD BRUSON; GEORGE BECK; TERRIE BIGGS |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:**   Motion to Dismiss; Motion to Exclude or in the alternative, Motion in Limine;

☐   **PLEA STATUS:**

√   **TRIAL STATUS:** Will take 3-4 days to try case if goes to trial.

√   **REMARKS:** Willl take motions under advisement when Govt's response is filed;