IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-CR-00202-WKW |
| | ) |
| **EUGENE L. CLECKLER** | ) |

### APPEAL OF DEFENDANT EUGENE CLECKLER'S MOTION TO DISMISS

COMES NOW Eugene L. Cleckler, and hereby appeals the Magistrate Judge's Report and Recommendation and moves the District Court to dismiss Count One of the indictment. The defendant states as follows:

Count One alleges two separate conspiracies with separate objects to accomplish different purposes with a three and one-half years intervening period between the alleged conduct in 1996 and that of 2000. Such an indictment may be duplicitous and may violate defendant's right to notice of charges. *United States v. Blandford*, 33 F.3d 685, 699, n. 17 (6th Cir. 1994). Such an indictment may also prevent the jury from deciding guilt or innocence of the separate offenses. *United States v. Schlei*, 122 F.3d 944, 979 (11th Cir. 1997).

The charged conduct in 1996 committed by "TM" involved the alleged preparation and submission of a summary sheet reflecting Gene's Marine expenses. The conduct in 2000 involved the preparation of false documents relating to Ezy Rider. The conduct is not of a common purpose and plan. The joining of two or

more distinct offenses in the same indictment count, as here, is forbidden and is due to be dismissed. *United States v. Ramos*, 666 F.2d 469 (11th Cir. 1982).

Respectfully submitted, this the 3rd day of December, 2006.

<div style="margin-left:auto">

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
ATTORNEY FOR EUGENE L. CLECKLER
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew O. Schiff, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL  36101-0197
Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

George L. Beck, Jr., Esq.
Terrie S. Biggs, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
glb@chlaw.com tsb@chlaw.com


                                          s/ Ronald R. Brunson
                                          RONALD R. BRUNSON