IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-202-WKW |
| | ) | (WO) |
| EUGENE CLECKLER | ) | |
| KIM CLECKLER | ) | |

## **ORDER**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) Pursuant to Federal Rule of Civil Procedure 72(b), the court construes the document entitled "Appeal of Defendant Eugene Cleckler's Motion to Dismiss" (Doc. # 55) as an objection to Recommendation of the United States Magistrate Judge (Doc. # 51);

(2) The objections filed by the defendants (Docs. # 53 & 55) are OVERRULED;

(3) The Recommendation of the United States Magistrate Judge entered on November 20, 2006 (Doc. # 51) is ADOPTED;

(4) The defendants' motions to dismiss (Docs. # 41 & 43) are DENIED.

DONE this 12th day of December, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE