IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-CR-00202-WKW |
| | ) |
| **EUGENE L. CLECKLER** | ) |

### EUGENE CLECKLER'S REQUESTED VOIR DIRE

COMES NOW Eugene L. Cleckler, and hereby requests the following questions be asked of the prospective jury venire:

1. Do you own or operate a business with the power to hire and fire employees? In that capacity, have you ever had the occasion to fire employees for any reason? Have you ever had the occasion to accuse an employee of fraud or deception?

2. Have any of you ever been fired from a job? Has anyone ever been accused of misconduct by an employer?

3. Do any of you rely on a tax professional to keep your books or prepare your tax returns? Have you ever had a problem with a tax professional that caused you concern?

4. Does anyone own a boat or have you owned one in the past? Has anyone ever done business with Gene's Marine in Clanton, Montgomery or any of the previous locations? Do you know of anyone who has done business with

Gene's Marine or the Clecklers? Does anyone own a boat or trailer manufactured by Ezy-Ryder?

5. Has anyone ever been audited or investigated by the IRS? Has anyone ever been accused of making a mistake on a tax form or other government form? Does anyone feel that the IRS or the government could make a mistake?

6. Does anyone feel that an indictment is an indication of guilt? Does anyone believe that because the Clecklers are on trial, they must be guilty of something?

7. Does anyone have any reservations whatsoever, for or against either party, that would keep you from being fair, without prejudice or bias, in your judgment of this case?

Respectfully submitted, this the 27th day of December, 2006.

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
ATTORNEY FOR EUGENE L. CLECKLER
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

## CERTIFICATE OF SERVICE

  I hereby certify that on December 27th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Andrew O. Schiff, Esq., Assistant U.S. Attorney
  201 One Court Square
  Post Office Box 197
  Montgomery, AL  36101-0197
  Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

  George L. Beck, Jr., Esq.
  Terrie S. Biggs, Esq.
  CAPELL & HOWARD, P.C.
  150 South Perry Street
  Post Office Box 2069
  Montgomery, Alabama  36102-2069
  glb@chlaw.com tsb@chlaw.com

            s/ Ronald R. Brunson
            RONALD R. BRUNSON