IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:06-CR-00202-WKW |
| | ) | |
| **EUGENE L. CLECKLER** | ) | |

EUGENE CLECKLER'S MOTIONS IN LIMINEE

COMES NOW Eugene L. Cleckler, and hereby requests the the Court to restrict the following issues from evidence at trial in this matter:

1. The government may attempt to offer evidence of wrong-doing by the defendants relating to tax years other than 1994 and 1995. Any conduct relating to tax years other than 1994 and 1995 are not relevant to the issues at trial and therefore should excluded from the jury's consideration.

2. The government may intend to offer evidence that Gene's Marine or Ezy-Ryder wrongfully hired and employed illegal immigrants. Such evidence is unfounded and not relevant to the facts in this case and therefore should excluded from the jury's consideration.

Respectfully submitted, this the 27th day of December, 2006.

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff, Esq., Assistant U.S. Attorney
    201 One Court Square
    Post Office Box 197
    Montgomery, AL  36101-0197
    Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

    George L. Beck, Jr., Esq.
    Terrie S. Biggs, Esq.
    CAPELL & HOWARD, P.C.
    150 South Perry Street
    Post Office Box 2069
    Montgomery, Alabama  36102-2069
    glb@chlaw.com tsb@chlaw.com

                                        s/ Ronald R. Brunson
                                        RONALD R. BRUNSON