IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:06-CR-00202-WKW |
| | ) | |
| **EUGENE L. CLECKLER** | ) | |

EUGENE CLECKLER'S REQUESTED JURY INSTRUCTION

COMES NOW Eugene L. Cleckler, and hereby requests the the Court to provide the following suggested charges to the jury in this matter:

## 1. Multiple Conspiracies.
### (For Use with General Conspiracy Charge)
### 18 USC § 371

You are further instructed, with regard to the alleged conspiracy offense, that proof of several separate conspiracies is not proof of the single, overall conspiracy charged in the indictment unless one of the several conspiracies which is proved is the single conspiracy which the indictment charges.

What you must do is determine whether the single conspiracy charged in the indictment existed between two or more conspirators. If you find that no such conspiracy existed, then you must acquit the Defendants of that charge. However, if you decide that such a conspiracy did exist, you must then determine who the members were; and, if you should find that a particular Defendant was a member of some other conspiracy, not the one charged in the indictment, then you must acquit that Defendant.

In other words, to find a Defendant guilty you must unanimously find that such Defendant was a member of the conspiracy charged in the indictment and not a member of some other separate conspiracy.

## 2. Proof of an Overt Act within the Statute of Limitations
## (For Use with General Conspiracy Charge)
## 18 USC § 371

You are further instructed, with regard to the alleged conspiracy offense, that the government must prove at least one overt act was committed by one of the co-conspirators on or after August 15, 2000. If you find that no such overt act was committed, then you must acquit the Defendants of that charge.

Respectfully submitted, this the 28th day of December, 2006.

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

## CERTIFICATE OF SERVICE

  I hereby certify that on December 28th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

  Andrew O. Schiff, Esq., Assistant U.S. Attorney
  201 One Court Square
  Post Office Box 197
  Montgomery, AL  36101-0197
  Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

  George L. Beck, Jr., Esq.
  Terrie S. Biggs, Esq.
  CAPELL & HOWARD, P.C.
  150 South Perry Street
  Post Office Box 2069
  Montgomery, Alabama  36102-2069
  glb@chlaw.com tsb@chlaw.com

            s/ Ronald R. Brunson
            RONALD R. BRUNSON