IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06cr202-WKW |
| | ) | |
| EUGENE CLECKLER and | ) | |
| KIM CLECKLER | ) | |

**UNITED STATES' RESPONSE TO EUGENE CLECKLER'S MOTION IN LIMINE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby responds to Eugene Cleckler's motion in limine as follows.

In his motion, Eugene Cleckler seeks to bar the Government from introducing any evidence concerning (1) wrongdoing relating to tax years other than 1994 and 1995, and (2) the wrongful employment of illegal aliens by Eugene Cleckler's business.  The Government does not intend to introduce any such evidence in its case in chief.  Therefore, the Court should deny the motion.

Respectfully submitted this the 28th day of December, 2006.

                                                  LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                s/Andrew O. Schiff
                                                ANDREW O. SCHIFF
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334) 223-7280
                                                Fax: (334) 223-7135
                                                E-mail: andrew.schiff@usdoj.gov
                                                Bar ID 43641

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06cr202-WKW |
| | ) | |
| EUGENE CLECKLER and | ) | |
| KIM CLECKLER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Beck, Esq., and Ronald Brunson, Esq.

Respectfully submitted,

s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov
Bar ID 43641