IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-CR-202-WKW |
| **EUGENE L. CLECKLER and KIM CLECKLER** | ) ) ) ) | |

## United States's Requested Voir Dire Questions

In addition to the standard questions that the Court asks of the jury venire in this District, the United States also requests that the Court ask the attached additional questions. The United States respectfully reserves the right to submit additional requests as developments in this case may warrant.

Respectfully submitted this 28th day of December, 2006,

LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United State Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

ANDREW O. SCHIFF
Deputy Chief, Criminal Division
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov

**I.      Prior Experience with Law Enforcement or Government**

1. Has a relative or close friend of any panel member ever been employed by a local, state, or federal law enforcement agency? What about employment with a local, state, or federal government?

If so, what position was or is held?

2. Has any member of the panel ever had any training in law or in law enforcement?

If so, please describe.

3. Other than a traffic ticket, has any member of the panel ever had an unpleasant experience involving law enforcement?

If so, please explain.

**II.     Collection of Income Taxes and the Internal Revenue Service**

4. Does anyone believe that the Federal Government does not have the right to collect individual income taxes?

5. Do any of you have any reason why you would be unable to give either the government or the defendant a fair trial based solely upon the fact that the IRS is involved?

6. Has any member of the jury panel, or any member of your family ever been audited by the IRS, or a state or local tax agency?

If so, please elaborate.

7. Other than an audit, have you or any of your friends or relatives ever had any unfavorable association or dealings with the IRS or a state or local tax agency?

If so, please elaborate?

8. Has any member of the panel ever had any dealings with the Internal Revenue Service's Criminal Investigation Unit?

If so, please elaborate.

### III.  Moral, Religious, or Ethical Concerns

9. Do any of you have any feelings, whether they may be moral, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment on your fellow man?

10. To admit to having some sympathy for the defendant or the government in this case is nothing to be ashamed of and does not reflect badly upon you as a person. However, both the government and the defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court and according to the Court's instructions on the law. The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do any of you have any reason why you would be unable to give either the government or the defendant a fair trial based solely upon the evidence admitted at the trial and the instructions given by the Court?

## IV. Instructions from the Court; Sentencing

11. Can all of you decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without bias, prejudice, and sympathy? If not, please elaborate.

12. Is there any reason why any of you would be unable to reach a fair and impartial verdict based solely upon the evidence submitted during the trial and the instructions which the judge gives you?

13. Do all of you realize that as a juror, in your deliberations as to guilt, you must not consider any possible punishment?

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CR. NO. 2:06-CR-202-WKW |
| ) | |
| **EUGENE L. CLECKLER and** ) | |
| **KIM CLECKLER** ) | |

## Certificate of Service

I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to to all attorneys of record.

                                                            LEURA G. CANARY
                                                            United States Attorney

                                                            /s/ Christopher A. Snyder
ANDREW O. SCHIFF                                            CHRISTOPHER A. SNYDER
Deputy Chief, Criminal Division                             Assistant United State Attorney
One Court Square, Suite 201                                 One Court Square, Suite 201
Montgomery, AL 36104                                        Montgomery, AL 36104
Phone: (334) 223-7280                                       Phone: (334) 223-7280
Fax: (334) 223-7135                                         Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov                             E-mail: christopher.a.snyder@usdoj.gov