**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                                      TELEPHONE (334) 954-3600

12/29/2006

**NOTICE**

TO:   ALL COUNSEL OF RECORD

You are hereby notified that the jury list and juror profiles for the term of court beginning **January 8, 2007, before Judge Keith Watkins**, will be available at 3:30 P.M. on Friday, January 5, 2007, in the Jury Assembly Room, Jury Administrator's Office (Room B-108), first floor, Frank M. Johnson, Jr. Courthouse Complex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. Counsel may carry the jury profiles to their office but no copies of the profiles shall be made or retained by counsel. Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on January 5th, 2007, they will be available Monday, January 8th at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.