IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO.  2:06-CR-202-WKW |
| **EUGENE L. CLECKLER and KIM CLECKLER** | ) ) ) ) | |

## Unopposed Request for Trial Term Setting

The Government respectfully requests that the Court set this case for trial no earlier than Wednesday, January 10, 2007, which would be approximately second in the order of cases that are set for the Court's trial term beginning on January 8, 2006.  The United States requests this relief for the following reasons:

1.  The Government has been advised that one of its witnesses, Terry Mezzell, a former employee of the defendants' business, had, before he was served with the trial subpoena, scheduled appointments at the Veterans' Administration hospital in Birmingham for Friday, January 5, 2007, and Monday, January 8, 2007.  The appointments relate to, respectively, kidney stone removal and radiation treatment for cancer.  Mr. Mezzell has advised that he expects his recovery period to be brief, and that if all goes well he could be available as early as Tuesday, January 9, 2007.  The Government's counsel expects to meet with Mr. Mezzell tomorrow and will obtain further details.

2. Based upon the information it currently possesses, the Government believes that scheduling the Cleckler trial to begin on Wednesday, January 10, 2007, (approximately the second of the three trials for this term) will obviate the need for a last minute continuance if Mr. Mezzell's recuperation takes longer than expected. The United States will, of course, immediately update the Court should Mr. Mezzell's health situation change.

3. The Government has spoken with George Beck, counsel for Kim Cleckler, who advised that while he did not object to the Government's request, he wished the Court to know that he had previously scheduled a three-day vacation beginning Friday, January 19, 2007. The Government believes that if the Cleckler trial is scheduled to go second with an expected start date of Wednesday, January 10, 2007, the trial would be concluded well in advance of Friday the 19th.

4. The Government has also spoken with Ron Brunson, counsel for Eugene Cleckler, who did not object to the trial being listed second, although he would prefer that it not be third due to another trial scheduled to begin January 22, 2007.

Based on the facts stated above, the United States respectfully requests that the trial for this case be set second in the Court's order of cases.

Respectfully submitted this 2nd day of January, 2006,

LEURA G. CANARY
United States Attorney

|  |  |
|---|---|
| ANDREW O. SCHIFF | /s/ Christopher A. Snyder |
| Deputy Chief, Criminal Division | CHRISTOPHER A. SNYDER |
| One Court Square, Suite 201 | Assistant United State Attorney |
| Montgomery, AL 36104 | One Court Square, Suite 201 |
| Phone: (334) 223-7280 | Montgomery, AL 36104 |
| Fax: (334) 223-7135 | Phone: (334) 223-7280 |
| E-mail: andrew.schiff@usdoj.gov | Fax: (334) 223-7135 |
|  | E-mail: christopher.a.snyder@usdoj.gov |

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR. NO.  2:06-CR-202-WKW |
| **EUGENE L. CLECKLER and KIM CLECKLER** | ) ) ) ) | |

## Certificate of Service

I hereby certify that on January 2, 2006, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                  Respectfully submitted,

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

|  |  |
|---|---|
|  | /s/ Christopher A. Snyder |
| ANDREW O. SCHIFF | CHRISTOPHER A. SNYDER |
| Deputy Chief, Criminal Division | Assistant United State Attorney |
| One Court Square, Suite 201 | One Court Square, Suite 201 |
| Montgomery, AL 36104 | Montgomery, AL 36104 |
| Phone: (334) 223-7280 | Phone: (334) 223-7280 |
| Fax: (334) 223-7135 | Fax: (334) 223-7135 |
| E-mail: andrew.schiff@usdoj.gov | E-mail: christopher.a.snyder@usdoj.gov |