IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 2:06-cr-202-WKW |
| | ) | |
| EUGENE CLECKLER and | ) | |
| KIM CLECKLER, | ) | |
| | ) | |

## **O R D E R**

On December 27, 2006, defendant Eugene Cleckler filed a Motion in Limine concerning certain evidentiary matters. (Doc. # 59.)

It is hereby

ORDERED that on or before, January 3, 2007, the Government shall show cause why the Motion in Limine should not be granted.

DONE this 3rd day of January, 2007.

                                         /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE