IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 2:06-cr-202-WKW |
| | ) | |
| EUGENE CLECKLER and | ) | |
| KIM CLECKLER, | ) | |
| | ) | |

# **O R D E R**

On December 22, 2006, the Government filed a Motion in Limine (Doc. # 57).

It is hereby

ORDERED that on or before, January 5, 2007, defendants shall show cause why the Motion in Limine should not be granted.

DONE this 4th day of January, 2007.

                                           /s/  W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE