IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-202-WKW |
| | ) | (WO) |
| EUGENE L. CLECKLER and | ) | |
| KIM CLECKLER | ) | |

## **O R D E R**

On January 2, 2007, the Government filed a motion requesting that the court set the trial date for this case no earlier than Wednesday, January 10, 2007. (Doc. # 69.)

It is ORDERED that:

1. The motion (Docs. # 69) is GRANTED.

2. Barring unforseen circumstances, the trial in this case will commence Wednesday, January 10, 2007.

DONE this 4th day of January, 2007.

                                         /s/  W.  Keith  Watkins
                                         UNITED STATES DISTRICT JUDGE