IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 2:06-cr-202-WKW |
| | ) | |
| EUGENE CLECKLER and | ) | |
| KIM CLECKLER, | ) | |
| | ) | |

## **O R D E R**

It is ORDERED that the order (Doc. #71) filed on January 3, 2007 in regard to the Motion in Limine filed (Doc. #59) by defendant Eugene Cleckler is hereby VACATED.

DONE this 4th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE