**FILED**
JAN 11 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-CR-202 |
| ) | |
| EUGENE L. CLECKLER and ) | |
| KIM CLECKLER ) | |

## MOTION FOR JUDGMENT OF ACQUITTAL AT THE END OF THE GOVERNMENT'S EVIDENCE

COMES NOW the Defendant, Kim Cleckler, by and through counsel, at the end of the Government's evidence, and moves this Honorable Court to enter a judgment of acquittal for Defendant Kim Cleckler in the above-styled case and grounds therefore, submits the following:

1. The Government has failed to prove, beyond a reasonable doubt, that the Defendant Kim Cleckler is guilty of each and every element of Conspiracy as charged in Count I of the indictment.

2. The Government has failed to prove, beyond a reasonable doubt, that the Defendant Kim Cleckler is guilty of each and every element of Obstruction of Internal Revenue laws.

3. The Government has failed to prove beyond a reasonable doubt that either count was committed within the applicable statute of limitations.

Respectfully submitted this _____ day of _January_ 2007.

**Capell & Howard, P.C.**

By: _/s/ George L. Beck_
George L. Beck, Jr. (BEC011)
Terrie S. Biggs (BIG 006)
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102-2069

## CERTIFICATE OF SERVICE

I hereby certify that on January _____, 2007, I served a copy of the foregoing pleading in open court to the following:

Andrew O. Schiff, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL  36101-0197
Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

Christopher A. Snyder, Esq., Assistant U.S. Attorney
201 One Court Square
Post Office Box 197
Montgomery, AL  36101-0197
Christopher.a.snyder@usdoj.gov

Ronald Ray Brunson, Esq.
2126 Morris Avenue
Birmingham, AL  35203
ron@samuelrmccord.com, ronaldbrunson@aol.com

_/s/ George L. Beck_
OF COUNSEL