IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-202-WKW |
| | ) |
| EUGENE L. CLECKLER and | ) |
| KIM CLECKLER | ) |

## JURY VERDICT

As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant, EUGENE L. CLECKLER:

     __X__  Guilty

or

     _____  Not Guilty

As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant, KIM CLECKLER:

     _____  Guilty

or

     __X__  Not Guilty

As to the charge contained in Count Two of the Indictment, we, the Jury, find the Defendant, EUGENE L. CLECKLER:

    __X__    Guilty

or

    _____    Not Guilty

As to the charge contained in Count Two of the Indictment, we, the Jury, find the Defendant, KIM CLECKLER:

    _____    Guilty

or

    __X__    Not Guilty

So Say We All.

This the __12__ day of January, 2007.

_____
Foreperson