### MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                          AT MONTGOMERY, ALABAMA

DATE COMMENCED  JANUARY 8, 2007                    AT 10:00 A.M./P.M.

DATE COMPLETED JANUARY 12, 2007                    AT  6:35 A.M./P.M.

| UNITED STATES OF AMERICA | ) | CR. No.  2:06cr202-WKW |
| vs. | ) | |
| EUGENE CLECKLER, KIM CLECKLER | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Christopher Snyder | X | Atty. Ronald Brunson |
| AUSA Andrew Schiff | X | Atty. George Beck |
| | X | Atty. Terri Biggs |
| | X | |

#### COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

### JURORS

| | | | |
|---|---|---|---|
| 1. | Steve Smith | 7. | Amanda Wagner |
| 2. | Morris Nesmith | 8. | Steven Terrell |
| 3. | Jacqueline Hall | 9. | Charles Harris |
| 4. | Gary Green | 10. | Ernest Butler |
| 5. | Pamela Swindle | 11. | David Crocker |
| 6. | Randy Street | 12. | Cynthia Jackson |

### ALTERNATE

13.  Jerill Sherwood Thomas

---

COURTROOM PROCEEDINGS:

JURY SELECTION/JURY TRIAL

| 9:50 a.m. | On-the-record conference with attorneys re [59] and [64] motions in limine. Oral order **denying** motions in limine. |
|---|---|
| 10:05 a.m. | Conference to resume 8:30 a.m. 1/10/07. |
| 10:15 a.m. | Multiple voir dire begun (Cr. Nos. **2:06cr202-WKW** and 3:06cr266-WKW); jury selection held in 2:06cr202-WKW. Sidebar (on the record) re oral Motion to Strike Juror. Oral order **denying** motion to strike juror. Jurors selected, seated, sworn and dismissed until 10:00 a.m. 1/10/07. |

```
MINUTES
JURY TRIAL COMMENCING 1/10/07 BEFORE JUDGE KEITH WATKINS
CR. NO.  2:06cr202-WKW, USA vs. EUGENE CLECKLER, KIM CLECKLER
```

**1/10/07**

<table>
<tr><td>8:30 am</td><td>On-the-record conference with attorneys re <b>[57]</b> Motion in Limine - <b>Oral order</b> granting motion as to the polygraph and conditionally granting as to other matters; <b>[77]</b> Motion in Limine - <b>Oral Order</b> granting and denying in part oral motion in limine;[79] Motion to Partially Quash Subpoena- <b>Oral Order</b>  granting in part and denying in part the motion, enforcing the subpoena and ruling as relevant the following:<br>1.  2/21/2000 - Invoice - first two pages<br>2.  5/11/2000 - Invoice - first three pages<br>3.  5/26/2000 - Invoice - one page<br>4.  8/17/2000 - Invoice - one page<br>Redacting all references to fees; redacted documents will be part of the record and go to the jury but otherwise sealed if admitted.</td></tr>
<tr><td>10:00 am</td><td>Trial commenced.  Court's instructions to the jury.</td></tr>
<tr><td>10:14 am</td><td>Government's opening statement (Atty. Schiff - 10 minutes)</td></tr>
<tr><td>10:24 am</td><td>Defendant Eugene Cleckler's opening statement (Atty. Brunson 11 minutes)</td></tr>
<tr><td>10:30 am</td><td>Defendant Kim Cleckler's opening statement (Atty. Beck 20 minutes)</td></tr>
<tr><td>10:50 am</td><td>Break</td></tr>
<tr><td>10:55 am</td><td>On-the-record conference with attorneys re exhibits.</td></tr>
<tr><td>11:00 am</td><td>Government's evidence commenced.</td></tr>
<tr><td>12:00 pm</td><td>Lunch</td></tr>
<tr><td>1:00 pm</td><td>On-the-record conference with attorney's re exhibits.</td></tr>
<tr><td>1:15 pm</td><td>Trial continued;  government's evidence resumes.</td></tr>
<tr><td>2:29 pm</td><td>Break</td></tr>
<tr><td>2:39 pm</td><td>Government's evidence resumes.</td></tr>
<tr><td>4:20 pm</td><td>Break</td></tr>
<tr><td>4:30 pm</td><td>Government's evidence resumes.</td></tr>
<tr><td>5:15 pm</td><td>Recess until 9:00 a.m. 1/11/07.</td></tr>
</table>

**1/11/07**

<table>
<tr><td>8:45  am</td><td>On-the-record conference with attorneys re exhibits.</td></tr>
<tr><td>9:10  am</td><td>Court reconvenes; jury seated; government's evidence resumes.</td></tr>
<tr><td>10:30 am</td><td>Break</td></tr>
<tr><td>10:45 am</td><td>Government's evidence resumes.</td></tr>
<tr><td>12:00 pm</td><td>Lunch</td></tr>
<tr><td>1:15 pm</td><td>Trial continued; government's evidence resumes.</td></tr>
<tr><td>2:33 pm</td><td>Break</td></tr>
<tr><td>2:45 pm</td><td>On-the-record conference with attorneys re immunity agreements.  <b>Oral Motion</b> to strike testimony of witness. Court reserves ruling on motion to strike testimony.</td></tr>
<tr><td>2:55 pm</td><td>Government's evidence resumes.</td></tr>
<tr><td>4:20 pm</td><td>Break</td></tr>
</table>

MINUTES
JURY TRIAL COMMENCING 1/10/07 BEFORE JUDGE KEITH WATKINS
CR. NO.  2:06cr202-WKW, USA vs. EUGENE CLECKLER, KIM CLECKLER


4:30 pm  On-the-record conference with counsel re **Oral Motion** for Mistrial
         re immunity agreements; **Oral Orders** denying Oral motion to strike
         and oral motion for mistrial.
4:35 pm  Jury seated; Government's evidence resumes.
4:40 pm  Government rests. Jury excused.
4:41 pm  Sidebar (on the record) re Motion for Judgment of Acquittal
         (filed in open court; **Oral Order** denying motion for judgment of
         acquittal;
4:50 pm  Jury seated; defendants' evidence commenced.
5:33 pm  Recess until 8:30 am 1/12/07.


**1/12/07**

8:30 am   Court reconvenes; jury seated; defendant's evidence resumes.
9:49 am   Break
10:05 am  Defendants' evidence continues.
11:38 am  Break
11:45 am  Defendants' evidence continues.
11:55 am  Defendants rest. Sidebar (on the record) re admissibility of
          exhibits.
12:05 pm  Lunch
1:00  pm  On the record conference with counsel; **Renewed Oral Motion** for
          Judgment of Acquittal as to Gene Cleckler; Motion for Judgment of
          Acquittal as to both defendants. Court's **Oral Order** denying
          oral motion for Judgment of Acquittal as to defendant Gene
          Cleckler. Court's **oral order** denying motion for Judgment of
          Acquittal as to both defendants.
1:05 pm   Charge conference.  Government's objections to jury charge.
          Defendants' objections to proposed jury charge. Court's oral
          ruling on  objections to jury charge as stated on the record;
1:30 pm   Jury seated;
1:33 pm   Government's closing argument (Atty. Snyder 15 minutes)
1:48 pm   Defendant Eugene Cleckler's closing argument (Atty. Brunson 17
          minutes)
2:05 pm   Defendant Kim Cleckler's closing argument (Atty. Beck 26 minutes)
2:31 pm   Government's rebuttal argument (Atty. Schiff 7 minutes)
2:39 pm   Jury charged by the court.
3:15 pm   Jury excused to begin deliberations.
3:24 pm   **Oral order** that redacted documents referenced in document [79]
          shall be marked as Court's exhibit 1 and sealed;
6:25 pm   JURY VERDICT of GUILTY as to defendant Eugene Cleckler as to
          counts 1 and 2 and NOT GUILTY as to defendant Kim Cleckler as to
          counts 1 and 2. Jury polled and discharged.  Defendant Eugene
          Cleckler adjudicated guilty.
6:35 pm   Court adjourned.

| GOVERNMENT EXHIBITS | UNITED STATES OF AMERICA |
| --- | --- |
| | v |
| | Eugene Cleckler, Kim Cleckler |
| **Jury Trial** commencing 1/08/07 | 2:06cr202-WKW |

| | | | | | | **JUDGE KEITH WATKINS** Risa  Entrekin, Court Reporter |
| --- | --- | --- | --- | --- | --- | --- |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 1/10/07 | 1/10/07 | 1 | Brand | | 1994 Partnership Income Tax  Return |
| Yes | 1/10/07 | 1/10/07 | 2 | Brand | | 1995 Partnership Income Tax Return |
| Yes | 1/10/07 | 1/10/07 | 3 | Brand | | 1994 Corporate Tax Return - Ezy-Ryder |
| Yes | 1/10/07 | 1/10/07 | 4 | Brand | | 1995 Corporate Tax Return - Ezy-Ryder |
| Yes | 1/10/07 | 1/10/07 | 5 | Brand | | 1994 Individual Tax Return - Eugene Cleckler |
| Yes | 1/10/07 | 1/10/07 | 6 | Brand | | 1995 Individual Tax Return - Eugene Cleckler |
| Yes | 1/10/07 | 1/10/07 | 7 | Brand | | 1994 Individual Tax Return - Kim Cleckler |
| Yes | 1/10/07 | 1/10/07 | 8 | Brand | | 1995 Individual Tax Return - Kim Cleckler |
| No | 1/10/07 | 1/10/07 | 9 | Brand | X | 5/20/96 to 6/14/099 Activity Report |
| No | 1/10/07 | 1/10/07 | 10 | Brand | X | 2/17/00 to 10/10/01 Activity Report |
| No | 1/10/07 | 1/10/07 | 11 | Brand | X | 6/21/96 to 1/27/99 Activity Report |
| No | 1/10/07 | 1/10/07 | 12 | Brand | X | 2/17/00 to 10/11/01 Activity Report |
| No | 1/10/07 | 1/10/07 | 13 | Brand | X | 6/21/96 to 1/28/99 Activity Report |
| Yes | 1/10/07 | 1/10/07 | 18 | Brand | | Second Report of Revenue Agent - 1/26/97 |
| Yes | 1/10/07 | 1/10/07 | 21 | Brand | | Second Report of Revenue Agent - 5/1/97 |
| Yes | 1/10/07 | 1/10/07 | 23 | Brand | | Report of Revenue Agent - 1/13/99 |
| Yes | 1/10/07 | 1/10/07 | 24 | Brand | | Report of Revenue Agent - 1/21/99 |
| Yes | 1/10/07 | 1/10/07 | 25 | Brand | X | 4/14/98 Ezy-Ryder IRS Workpaper |
| Yes | 1/10/07 | 1/10/07 | 30 | Brand | | 1994 Calculation of Invoices |
| Yes | 1/10/07 | 1/10/07 | 31 | Brand | | 8/7/00 Letter from Edward Selfe |
| Yes | 1/10/07 | 1/10/07 | 32-91 | Brand | | Ezy-Ryder Invoices |

| | | | | | | |
|---|---|---|---|---|---|---|
| Yes | 1/10/07 | 1/10/07 | 92 | Brand | | 4/28/90 Partnership Agreement |
| Yes | 1/10/07 | 1/10/07 | 95 | Brand | | 1995 Calculation of Invoices |
| Yes | 1/10/07 | 1/10/07 | 98 | Brand | | Calculation Accounting for adjusting for accounts payable summary |
| Yes | 1/10/07 | 1/10/07 | 99 | Brand | | Summary document of accounts payable |
| Yes | 1/10/07 | 1/10/07 | 101 | Brand | X | IRS Report Transmittal to Appeals |
| Yes | 1/10/07 | 1/10/07 | 101 A | Dobbs | | Excerpts of Challenger Boats Accounting |
| Yes | 1/10/07 | 1/10/07 | 101B | Dobbs | | Summary of Challenger Boats Purchases |
| Yes | 1/10/07 | 1/10/07 | 101C | McClain | | Printouts from computer of Cleveland Brown |
| Yes | 1/11/07 | 1/11/07 | 102 | Hull | | 1/1/9/94 to 12/31/94 General Ledger - Gene's Marine |
| Yes | 1/11/07 | 1/11/07 | 103 | Hull | | 1/1/95 to 12/31/95 General Ledger - Gene's Marine |
| Yes | 1/11/07 | 1/11/07 | 104 | Hull | | 1994-95 Gene's Marine Accts. Payable |
| Yes | 1/11/07 | 1/11/07 | 105.1-105.86 | Hull | X | Receipts for Accounts Payable |
| Yes | 1/10/07 | 1/10/07 | 106-128 | Morris | | Documents and redactions of documents relating to Accts. Payable for Gene's  Marine |
| No | | 1/10/07 | 131 | Brand | | Activity Report workpaper |
| Yes | 1/10/07 | 1/10/07 | 133 | Brand | | 1/31/01 letter from Edward Selfe |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDERS WITH FILE |
| | | | | | | |

**DEFENDANT EUGENE CLECKLER'S**

EXHIBITS

JURY TRIAL commencing 1/08/07

UNITED STATES OF AMERICA

v

EUGENE CLECKLER
KIM CLECKLER

JUDGE KEITH WATKINS
Risa Entrekin, Court Reporter

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 1/10/07 | 1/10/07 | 1-G | Brand | | Letter from Edward Selfe |
| Yes | 1/10/07 | 1/10/07 | 2-G | McClain | | Documents from Cleveland Brown's computer |
| Yes | 1/12/07 | 1/12/07 | 4-G | G. Cleckler | | 4/12/2000 cancelled airline tickets |
| Yes | 1/12/07 | 1/12/07 | 5-G | G. Cleckler | | Airline tickets |
| Yes | 1/12/07 | 1/12/07 | 6-G | G. Cleckler | X | copy of passport |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DEFENDANT KIM CLECKLER'S**<br><br>EXHIBITS<br><br>JURY TRIAL commencing 1/08/07 | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>EUGENE CLECKLER, KIM CLECKLER<br>2:02cr202-WKW | |
| | | | | | **JUDGE KEITH WATKINS**<br>Risa Entrekin, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 1/12/07 | 1/12/07 | 2-K | K. Cleckler | | copy of counter check |
| Yes | 1/12/07 | 1/12/07 | 3-K | K. Cleckler | | blank SouthTrust checks |
| Yes | 1/12/07 | 1/12/07 | 7-K | K. Cleckler | X | check from Max Credit Union |
| Yes | 1/10/07 | 1/10/07 | 13-K | Brand | | quote |
| Yes | 1/10/07 | 1/10/07 | 14-K | Brand | | deposit slip |
| Yes | 1/10/07 | 1/10/07 | 15-K | Brand | | invoice |
| Yes | 1/10/07 | 1/10/07 | 16-K | Brand | | quote |
| Yes | 1/10/07 | 1/10/07 | 17-K | Brand | | deposit slip |
| Yes | 1/10/07 | 1/10/07 | 18-K | Brand | | invoice |
| Yes | 1/10/07 | 1/10/07 | 19-K | Brand | | 1/31/01 letter from Edward Selfe |
| No | | 1/10/07 | 22-K | Brand | | 1994-1995 Accts. Payable Summary |
| Yes | 1/10/07 | 1/10/07 | 23-K | Brand | | 11/29/05 copy of check |
| Yes | 1/12/07 | 1/12/07 | 25-K | Brand | | invoice |
| Yes | 1/12/07 | 1/12/07 | 26-K | Brand | | invoice |
| Yes | 1/12/07 | 1/12/07 | 27-K | Brand | | invoice |
| No | | 1/12/07 | 28-K | Brand | | finance log |
| Yes | 1/10/07 | 1/10/07 | 29-K | Brand | | 1994 P&L Gene's Marine |
| Yes | 1/10/07 | 1/10/07 | 32-K | Brand | | 1995 balance sheet - Gene's Marine |
| No | | 1/11/07 | 35-K | Morris | | Memo of 7/2/01 Interview |
| Yes | 1/10/07 | 1/10/07 | 36-K | Brand | | Document retrieved from softward |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDERS WITH FILE |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**USA v. EUGENE CLECKLER,**                          CR. No.  2:06cr202-WKW
    **KIM CLECKLER**

---

     **GOVERNMENT**                                     **DEFENDANT**

WITNESS LIST

| | | | |
|---|---|---|---|
| 1. Frank Brand | **1/10/07** | 12. Vella Snead | 1/11/07 |
| 2. Phillip Marler | 1/10/07 | 13. John Gentry | 1/11/07 |
| 3. Donald Brooks | 1/10/07 | 14. George Tucker | 1/11/07 |
| 4. Carol Dobbs | 1/10/07 | 15. Gail Easterling | 1/11/07 |
| 5. Pam McClain | 1/10/07 | 16. Eugene Cleckler | 1/12/07 |
| 6. Edward Selfe | **1/11/07** | 17. Kyle Clark | **1/12/07** |
| 7. Janice Hull | 1/11/07 | 18. Kim Cleckler | 1/12/07 |
| 8. Terry Mezzell | 1/11/07 | | |
| 9. Rhonda Howard | 1/11/07 | | |
| 10. Tonya Morris | 1/11/07 | | |
| 11. Cleveland Brown | 1/11/07 | | |

| | | | | | | **COURT'S** |
| | | | | | | **EXHIBITS** |
| | | | | | | UNITED STATES OF AMERICA |
| | | | | | | v |
| | | | | | | EUGENE CLECKLER, KIM CLECKLER |

**COURT'S**

**EXHIBITS**

JURY TRIAL commencing 1/8/07

UNITED STATES OF AMERICA

v

EUGENE CLECKLER,
KIM CLECKLER

JUDGE KEITH WATKINS
Risa Entrekin, Court Reporter

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | 1/10/07 | 1/10/07 | 1 | | | Bradley, Arant legal representation documents |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SEALED PURSUANT TO 1/12/07 ORAL ORDER