IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR NO. 2:06-cr-202-WKW |
| | ) | |
| EUGENE CLECKLER | ) | |

**ORDER**

Upon consideration of Defendant Gene Cleckler's Motion for New Trial (Doc. # 86), it is ORDERED that the Government shall file a response **on or before February 6, 2007.** The Defendant shall file a reply on or before February 13, 2007.

DONE this 23rd day of January, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE