IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |
| | ) | |

**O R D E R**

On February 6, 2007, the Government filed a Response (Doc. # 91) to the defendant's Motion for New Trial (Doc. # 86). The defendant may submit, if he so desires, a Reply to the Government's Response (Doc. # 91) on or before February 14, 2007, the date on which the Motion for New Trial (Doc. # 86) will be submitted.

DONE this 7th day of February, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE