IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | CASE NUMBER: 2:06-CR-00202-WKW |
| ) | |
| **EUGENE L. CLECKLER** ) | |

DEFENDANT'S SENTENCING BRIEF

COMES NOW defendant Eugene Cleckler and provides the following for the Court's consideration at sentencing:

BACKGROUND

Eugene Cleckler was found guilty by jury trial on January 12, 2007. Sentencing is set for April 10, 2007.

OBJECTIONS

1. Mr. Cleckler testified at trial in his own behalf. The defendant opposes the obstruction application based on the defendant's testimony at trial.

*U.S.S.G. §3C1.1, app. Note 2,* states that such application should not be "intended to punish a defendant for the exercise of a constitutional right," such as denying or refusing to admit guilt. *See U.S. v. Urbeanek,* 930 F.2d 1512, 1515 (10th Cir. 1991). Mr. Cleckler, in his testimony, simply denied involvement in the crime. Mr. Cleckler did not concoct an alternative factual scenario that arises to perjury application.

A finding of guilt alone is insufficient for the obstruction application. *U.S. v. Lawrence,* 972 F.2d 1580, 1583 (11th Cir. 1992).

2. The defendant opposes the application for aggravating role. Although Mr. Cleckler was the owner of the business, there was no evidence that he led or organized the criminal conduct. All of the alleged details were carried out by conspirator participants who testified that the defendant merely monitored the progress. Just because the defendant stood to benefit from the crime does not, without more, qualify him for *§3B1.1* enhancement. *See U.S. v. Vandeberg,* 201 F.3d 805, 811-12 (6th Cir. 2000).

Respectfully submitted, this the 28th day of March, 2007.

s/ Ronald R. Brunson
RONALD R. BRUNSON 1696
ATTORNEY FOR EUGENE L. CLECKLER
2126 Morris Avenue
Birmingham, Alabama 35203
(205) 252-2100

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff, Esq., Assistant U.S. Attorney
    201 One Court Square
    Post Office Box 197
    Montgomery, AL  36101-0197
    Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov

                                    s/ Ronald R. Brunson
                                    RONALD R. BRUNSON