IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR NO. 2:06-cr-202-WKW |
| ) | |
| EUGENE CLECKLER ) | |
| ) | |
| ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for April 10, 2007, is CONTINUED to May 8, 2007, at 2:00 p.m. in the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 6th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE