IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-00202-WKW |
| | ) | |
| EUGENE CLECKLER | ) | |

**ORDER**

It is ORDERED that the date of the sentencing hearing in this matter is CONTINUED from May 8, 2007, to **2:30 p.m. on May 10, 2007.**

DONE this 10th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE