IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO.   2:06-cr-202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |

**<u>ORDER</u>**

_____It is ORDERED that the sentencing scheduled for May 10, 2007, is CONTINUED to June 1, 2007, at 9:45 a.m. in Courtroom 2-E of the Frank M. Johnson Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 2nd day of May, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE