IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr202-WKW |
| | ) | |
| EUGENE CLECKLER | ) | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. By order dated May 2, 2007, the Court rescheduled the sentencing in this case from May 10, 2007 to June 1, 2007

2. The undersigned Assistant U.S. Attorney has previously scheduled annual leave for (and paid for) an out-of-town vacation for the week of May 28, 2007.

3. Because of the complexity of the case and the fact that the case was tried and one of the sentencing issues relates to the trial testimony, the undersigned AUSA would greatly prefer to handle the sentencing personally. The undersigned is available any dates other than June 8, June 11-12, and July 9.

4. The undersigned has spoken with Eugene Cleckler's counsel, who advises that he has no objection to the Government's motion.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 3rd day of May, 2007.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/Andrew O. Schiff
                                            ANDREW O. SCHIFF
                                            Assistant United States Attorney
                                            One Court Square, Suite 201
                                            Montgomery, AL 36104
                                            Phone: (334)223-7280
                                            Fax: (334)223-7135
                                            E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr202-WKW |
| | ) | |
| EUGENE CLECKLER | | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

George Lamar Beck, Jr.

    Respectfully submitted,

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: andrew.schiff@usdoj.gov