IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-202-WKW |
| ) | |
| EUGENE L. CLECKLER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for June 15, 2007, is CONTINUED to June 29, 2007, at 3:00 p.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 14th day of June, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE