IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | CASE NUMBER: 2:06-CR-00202-WKW |
| ) | |
| **EUGENE L. CLECKLER**   ) | |

DEFENDANT'S NOTICE OF APPEAL

COMES NOW the defendant, Eugene L. Cleckler, and hereby provides notice of appeal to the Eleventh Circuit Court of Appeals, pursuant to 28 U.S.C. 1291 and 18 U.S.C. 3742, from his June 29, 2007, sentencing.

Respectfully submitted this the 5th day of July, 2007.

s/ Ronald R, Brunson
RONALD R. BRUNSON 1696
ATTORNEY FOR EUGENE L. CLECKLER
4379 Boulder Lake Circle
Birmingham, Alabama 35242
(205) 967-6242

CERTIFICATE OF SERVICE

    I hereby certify that on July 5th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Andrew O. Schiff, Esq., Assistant U.S. Attorney
    201 One Court Square
    Post Office Box 197
    Montgomery, AL  36101-0197
    Andrew.schiff@usdoj.gov, Debbie.shaw@usdoj.gov


    s/ Ronald R, Brunson
    RONALD R. BRUNSON