IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-00202-WKW |
| | ) | |
| EUGENE CLECKLER | ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion for Bond Pending Appeal (Doc. # 112), it is

ORDERED that the government shall file a response **on or before July 18, 2007.**

DONE this 11th day of July, 2007.

                                                   /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE