IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-00202-WKW |
| | ) | |
| EUGENE CLECKLER | ) | |

**ORDER**

    The case is before the court on Defendant's Request for Bond Pending Appeal (Doc. # 112). Mr. Cleckler argues that he is not likely to flee, that he does not pose a danger to the community, that his appeal is not for the purpose of delay, and that his issues on appeal "raise substantial issues of fact and law." Mr. Cleckler's request fails because the issues he intends to argue on appeal, as stated in his request, are not "likely to result in--(i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence . . . ."  18 U.S.C. § 3143(b)(1)(B).  Accordingly, the request (Doc. # 112) is DENIED.

    DONE this 10th day of August, 2007.

                                            /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE