AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | | Judgment — Page 2 of 6 |
|---|---|---|
| DEFENDANT: | EUGENE L. CLECKLER | |
| CASE NUMBER: | 2:06cr202-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

33 Months. This term consists of 33 Months on Count 1 and 24 Months on Court 2 to run concurrently.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility as close to his home in Clanton, Alabama as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on   August 14, 2007   .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**
SEP 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  August 14, 2007  to  LSCI Butner  at  Butner NC , with a certified copy of this judgment.

Tracey W. Johns, Warden
~~UNITED STATES MARSHAL~~

By  Kerri Campbell L/E 
DEPUTY UNITED STATES MARSHAL