# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
CLERK

October 26, 2007

TELEPHONE  
(334) 954-3610

Mr. Thomas K. Kahn, Clerk  
USCA, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No **CR-06-W-202-N**

USCA No. **07-13184-C**

In Re: **USA VS. EUGENE L. CLECKLER**

---

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1** Volume(s) of Pleadings

  **6** Volume(s) of Transcripts

  ___ Exhibits: ___ Box: **X** Binders: ___ Envelopes;

    ___ Other: **X** SEAL Envelope (s) : **1** PSI(s)

  ___ Other:

Please acknowledge receipt on the enclosed copy of this letter.  
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc: **RONALD R. BRUNSON**  
   **LEURA GARRETT CANARY**  
   **ANDREW O. SCHIFF**  
   **CHRISTOPHER A. SNYDER**

APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:06-cr-00202-WKW-CSC-1
#### Internal Use Only

Case title: USA v. Cleckler et al
Magistrate judge case number: 2:06-mj-00076-SRW

Date Filed: 08/15/2006
Date Terminated: 07/05/2007

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Charles S. Coody

Appeals court case number:
'07-13184-C' 'USCA'

**Defendant**

**Eugene L. Cleckler** (1)
*TERMINATED: 07/05/2007*

represented by **Ronald Ray Brunson**
4379 Boulder Lake Circle
Birmingham, AL 35242
205-967-6242
Email: ronaldbrunson@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**George Lamar Beck, Jr.**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
334-241-8000
Fax: 334-241-8262
Email: glb@chlaw.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:371 CONSPIRACY TO DEFRAUD
THE UNITED STATES - NMT
$250,000; {*}; NMT 5Y; B; NMT 3Y
SUP REL; G-LINES; VWPA; $100 SA
(1)

**Disposition**

33 Mos Imp (33 Mos Ct 1, 24 Mos Ct 2
conc); 3 Yrs Sup Rel (3 Yrs Ea Ct
conc); $100 SA (Ea Ct)

| | |
|---|---|
| 26:7212 & 18:2 CORRUPT OR FORCIBLE INTERFERENCE & AIDING AND ABETTING - NMT $250,000; {*}; NMT 3Y; B; NMT 3Y SUP REL; G-LINES; VWPA; $100 SA (2) | 33 Mos Imp (33 Mos Ct 1, 24 Mos Ct 2 conc); 3 Yrs Sup Rel (3 Yrs Ea Ct conc); $100 SA (Ea Ct) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:371; 18:2; 26:7212 - CONSPIRACY TO DEFRAUD U.S.; AIDING & ABETTING; CORRUPT OR FORCIBLE INTERFERENCE | |

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Andrew O. Schiff**<br>United States Attorney's Office - ALM<br>Middle District of Alabama<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 334-223-7135<br>Email: andrew.schiff@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher A. Snyder**<br>U. S. Attorney's Office<br>One Court Square<br>Suite 201<br>Montgomery, AL 36104<br>334-223-7280<br>Fax: 334-223-7135<br>Email: christopher.a.snyder@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

BEGIN VOL. 1.

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2006 | 1 | COMPLAINT as to Eugene L. Cleckler (1), Kim Cleckler (2). (jct, ) [2:06-mj-00076-SRW] (Entered: 08/02/2006) |
| 08/01/2006 | 2 | WARRANT Issued as to Eugene L. Cleckler. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/02/2006) |
| 08/08/2006 |  | Arrest of Eugene L. Cleckler, Kim Cleckler (jct, ) [2:06-mj-00076-SRW] (Entered: 08/08/2006) |
| 08/08/2006 SEALED | 4 | Non-Surety Bond Entered as to Eugene L. Cleckler in amount of $ 25,000.00, (jct, ) [2:06-mj-00076-SRW] (Entered: 08/08/2006) |
| 08/08/2006 SEALED | 5 | ORDER Setting Conditions of Release as to Eugene L. Cleckler (1) $25,000.00 non-surety . Signed by Judge Susan Russ Walker on 8/8/06. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/08/2006) |
| 08/08/2006 | 6 | WAIVER of Preliminary Examination or Hearing by Eugene L. Cleckler (jct, ) [2:06-mj-00076-SRW] (Entered: 08/08/2006) |
| 08/08/2006 | 7 | Minute Entry for proceedings held before Judge Susan Russ Walker :Initial Appearance as to Eugene L. Cleckler held on 8/8/2006 (Recording Time 3:33 - 3:46.) (jct, ) [2:06-mj-00076-SRW] (Entered: 08/08/2006) |
| 08/09/2006 | 12 | MOTION to Amend/Correct *Complaint* by USA as to Eugene L. Cleckler, Kim Cleckler. (Attachments: # 1)(Schiff, Andrew) [2:06-mj-00076-SRW] (Entered: 08/09/2006) |
| 08/10/2006 | 13 | ORDER based on waiver of preliminary hearing and complaint the Court finds that there is probable cause to bind defendants over to the District Court for furher proceedings as to Eugene L. Cleckler, Kim Cleckler . Signed by Judge Susan Russ Walker on 8/10/06. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/10/2006) |
| 08/10/2006 | 14 | STAMPED ORDER granting 12 Motion to Amend/Correct Complaint as to Eugene L. Cleckler (1), Kim Cleckler (2). Signed by Judge Susan Russ Walker on 8/10/06. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/10/2006) |
| 08/10/2006 | 15 | AMENDED COMPLAINT as to Eugene L. Cleckler, Kim Cleckler. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/10/2006) |
| 08/15/2006 SEALED | 16 | Arrest Warrant Returned Executed in case as to Eugene L. Cleckler. Defendant arrested on 8/8/06. (jct, ) [2:06-mj-00076-SRW] (Entered: 08/15/2006) |
| 08/15/2006 | 18 | INDICTMENT as to Eugene L. Cleckler (1) count(s) 1, 2, Kim Cleckler (2) count(s) 1, 2. (jct, ) (Entered: 08/16/2006) |
| 08/15/2006 | 19 | Limits of Punishment as to Eugene L. Cleckler, Kim Cleckler. (jct, ) (Entered: 08/16/2006) |

**CONT. VOL. 1**

| | | | |
|---|---|---|---|
| 08/16/2006 SEALED | | 20 | Summons Issued for Arraignment set 8/30/06 at 10:00 a.m. in Courtroom 4B before Magistrate Judge Charles S. Coody in case as to Eugene L. Cleckler(Document Sealed and Unavailable for Viewing) (jct, ) (Entered: 08/16/2006) |
| 08/16/2006 | | | Set Hearings as to Eugene L. Cleckler, Kim Cleckler: Arraignment set for 8/30/2006 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. (jct, ) (Entered: 08/16/2006) |
| 08/18/2006 | | 22 | NOTICE OF ATTORNEY APPEARANCE: Ronald Ray Brunson appearing for Eugene L. Cleckler (Brunson, Ronald) (Entered: 08/18/2006) |
| 08/18/2006 | | 23 | MOTION for Disclosure by Eugene L. Cleckler. (Brunson, Ronald) (Entered: 08/18/2006) |
| 08/22/2006 | | 24 | NOTICE of Deficiency re 23 MOTION for Disclosure, 22 Notice of Attorney Appearance - these pleadings contain no certificates of service.(ajr ) (Entered: 08/22/2006) |
| 08/22/2006 | | 25 | RESPONSE to Motion by USA as to Eugene L. Cleckler re 23 MOTION for Disclosure (Schiff, Andrew) (Entered: 08/22/2006) |
| 08/23/2006 | | 26 | ORDER denying 23 Motion for Disclosure as to Eugene L. Cleckler (1). Signed by Judge Charles S. Coody on 8/23/06. (ajr) (Entered: 08/23/2006) |
| 08/30/2006 | | 27 | Minute Entry for proceedings held before Judge Charles S. Coody : Initial Appearance as to Eugene L. Cleckler held on 8/30/2006; Arraignment as to Eugene L. Cleckler (1) Counts 1,2 held on 8/30/2006, Plea entered by Eugene L. Cleckler Not Guilty on counts 1, 2. (Recording Time FTR: 11:10 - 11:15.) (ws, ) (Entered: 08/30/2006) |
| 08/31/2006 SEALED | | 29 | Summons Returned Executed on 8/24/06 as to Eugene L. Cleckler (ajr) (Entered: 08/31/2006) |
| 09/01/2006 | | 31 | ORDER ON ARRAIGNMENT as to Eugene L. Cleckler Pretrial Conference set for 9/25/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Selection set for 10/16/2006 10:00 AM in Courtroom 2E before Honorable William Keith Watkins. Jury Trial set for 10/16/2006 before Honorable William Keith Watkins. Pretrial Motions due by 9/22/2006. Discovery due by 8/30/2006.. Signed by Judge Charles S. Coody on 9/1/2006. (sql, ) (Entered: 09/01/2006) |
| 09/11/2006 | | 35 | MOTION to Continue trial by Eugene L. Cleckler. (Attachments: # 1 Supplement Waiver of speedy trial)(Brunson, Ronald) Additional attachment added on 9/21/2006--signed PDF (snc) (Entered: 09/11/2006) |
| 09/19/2006 | | 36 | MOTION for Extension of Time to File *pretrial motions* by Eugene L. Cleckler. (Brunson, Ronald) Additional attachment(s) added on 9/21/2006--signed PDF (snc). (Entered: 09/19/2006) |
| 09/20/2006 | | 38 | ORDER TO CONTINUE - Ends of Justice as to Eugene L. Cleckler, Kim Cleckler; Jury Trial set for 10/16/06 is RESET for 1/8/2007 10:00 AM in |

CONT. VOL. 1.

| | | |
|---|---|---|
| | | Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 9/20/06. (ajr) (Entered: 09/20/2006) |
| 09/20/2006 | | (Court only) ***Motions terminated per order of 9/20/06 - 35 MOTION to Continue trial filed by Eugene L. Cleckler, [34] MOTION to Continue filed by Kim Cleckler. (ajr) (Entered: 09/21/2006) |
| 09/20/2006 | | (Court only) ***Excludable(s) stopped as to Eugene L. Cleckler, Kim Cleckler re [34] and 35 motions to continue (pursuant to 9/20/06 order granting motions) (snc) (Entered: 09/21/2006) |
| 09/21/2006 | 39 | NOTICE of Deficiency re 35 MOTION to Continue trial, 36 MOTION for Extension of Time to File pretrial motions - these documents filed without proper signatures. (ajr) (Entered: 09/21/2006) |
| 09/21/2006 | | NOTICE of Correction re 35 MOTION to Continue trial and 36 MOTION for Extension of Time to File *pretrial motions*: Corrected PDF attached to reflect signature of filer (snc) (Entered: 09/21/2006) |
| 09/21/2006 | 40 | ORDER as to Eugene L. Cleckler, Kim Cleckler; Pretrial Conference set for 11/13/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody; denying as moot 36 and [37] motions for extensions of time to file pretrial motions; Signed by Judge Charles S. Coody on 9/21/06. (ajr) (Entered: 09/21/2006) |
| 11/09/2006 | 43 | First MOTION to Dismiss by Eugene L. Cleckler. (Brunson, Ronald) (Entered: 11/09/2006) |
| 11/13/2006 | 44 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Eugene L. Cleckler, Kim Cleckler held on 11/13/2006 (Recording Time FTR: 1:11 - 1:12.) (ws, ) (Entered: 11/13/2006) |
| 11/14/2006 | 45 | PRETRIAL CONFERENCE ORDER as to Eugene L. Cleckler; Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial (ETT 4 days) set for 1/8/2007 before Honorable William Keith Watkins. Voir Dire due by 1/2/2007; Proposed Jury Instructions due by 1/2/2007; Motions in Limine due by 1/2/2007; Notice of Intent to Change Plea due by noon on 12/27/2006. Signed by Judge Charles S. Coody on 11/14/06. (ajr, ) (Entered: 11/14/2006) |
| 11/15/2006 | | 43 MOTION to Dismiss REFERRED to Magistrate Judge Coody. (ajr, ) (Entered: 11/15/2006) |
| 11/15/2006 | 48 | RESPONSE to Motion by USA as to Eugene L. Cleckler re 43 First MOTION to Dismiss (Schiff, Andrew) (Entered: 11/15/2006) |
| 11/17/2006 | 50 | ORDER as to Eugene L. Cleckler, Kim Cleckler; that the deadlines for filing proposed voir dire, jury instructions and motions in limine now set for 12/27/06 are RESET for 12/28/06 . Signed by Judge Charles S. Coody on 11/17/06. (ajr, ) (Entered: 11/17/2006) |
| 11/20/2006 | 51 | REPORT AND RECOMMENDATION as to Eugene L. Cleckler, Kim Cleckler re 43 MOTION to Dismiss, [41] MOTION to Dismiss; |

**CONT. VOL. 1**

| | | |
|---|---|---|
| | | Objections to R&R due by 12/4/2006. Signed by Judge Charles S. Coody on 11/20/06. (ajr, ) (Entered: 11/20/2006) |
| 11/28/2006 | 52 | NOTICE OF ATTORNEY APPEARANCE Christopher A. Snyder appearing for USA. (Snyder, Christopher) (Entered: 11/28/2006) |
| 12/03/2006 | 55 | DOCKET CORRECTION - Document Construed as: OBJECTION to Report and Recommendation by Eugene L. Cleckler (Brunson, Ronald) (Rather than NOTICE OF APPEAL of Magistrate Judge's Order to District Judge *Motion to Dismiss* Modified per 12/12/2006 order (snc). (Entered: 12/03/2006) |
| 12/12/2006 | 56 | ORDER as to Eugene Clecker and Kim Cleckler; 1. CONSTRUING 55 Appeal of Defendant Eugene Cleckler's Motion to Dismiss as an objection to the 51 Recommendation of United States Magistrate Judge; 2. OVERRULING [53] and 55 objections; 3. ADOPTING the 11/20/06 Recommendation; 4. DENYING defendants' [41] and 43 motions to dismiss. Signed by Judge William Keith Watkins on 12/12/06. (ajr, ) Modified on 12/14/2006to add text (ajr, ). (Entered: 12/12/2006) |
| 12/22/2006 | 57 | MOTION in Limine by USA as to Eugene L. Cleckler, Kim Cleckler. (Schiff, Andrew) (Entered: 12/22/2006) |
| 12/27/2006 | 58 | Proposed Voir Dire by Eugene L. Cleckler (Brunson, Ronald) (Entered: 12/27/2006) |
| 12/27/2006 | 59 | MOTION in Limine by Eugene L. Cleckler. (Brunson, Ronald) (Entered: 12/27/2006) |
| 12/28/2006 | 60 | Proposed Jury Instructions by Eugene L. Cleckler (Brunson, Ronald) (Entered: 12/28/2006) |
| 12/28/2006 | 61 | RESPONSE to Motion by USA as to Eugene L. Cleckler re 59 MOTION in Limine (Schiff, Andrew) (Entered: 12/28/2006) |
| 12/28/2006 | 65 | Proposed Jury Instructions by USA as to Eugene L. Cleckler, Kim Cleckler (Snyder, Christopher) (Entered: 12/28/2006) |
| 12/28/2006 | 66 | Proposed Voir Dire by USA as to Eugene L. Cleckler, Kim Cleckler (Snyder, Christopher) (Entered: 12/28/2006) |
| 12/29/2006 | 67 | NOTICE of Availability of Jury List and Juror Profiles for January 8, 2007 Criminal Term before Judge Keith Watkins as to Eugene L. Cleckler (ajr, ) (Entered: 12/29/2006) |
| 01/02/2007 | 69 | MOTION for Trial Term Setting (Unopposed) by USA as to Eugene L. Cleckler, Kim Cleckler. (Snyder, Christopher) (Entered: 01/02/2007) |
| 01/03/2007 | 71 | (VACATED PER ORDER OF 1/4/07) ORDER as to Eugene L. Cleckler and Kim Cleckler re 59 MOTION in Limine filed by Eugene L. Cleckler. It is hereby ORDERED that on or before 1/3/2007, the Government shall show cause why the Motion in Limine should not be granted. Signed by Judge William Keith Watkins on 1/3/07. (kcg, ) Modified on 1/4/2007 |

| | | |
|---|---|---|
| | | (ajr, ). (Entered: 01/03/2007) |
| 01/04/2007 | 72 | ORDER as to Eugene L. Cleckler, Kim Cleckler that on or before 1/5/07 defendants shall show cause why 57 MOTION in Limine should not be granted; Signed by Judge William Keith Watkins on 1/4/07. (ajr, ) (Entered: 01/04/2007) |
| 01/04/2007 | 73 | ORDER granting 69 Motion requesting that the court set the trial date for this case no earlier than 1/10/07 as to Eugene L. Cleckler (1), Kim Cleckler (2); barring unforseen circumstances, the trial in this case will commence Wednesday, 1/10/07; Signed by Judge William Keith Watkins on 1/4/07. (ajr, ) (Entered: 01/04/2007) |
| 01/04/2007 | 74 | ORDER as to Eugene L. Cleckler, Kim Cleckler VACATING 71 Order filed in regard to the 59 Motion in Limine; Signed by Judge William Keith Watkins on 1/4/07. (ajr, ) (Entered: 01/04/2007) |
| 01/05/2007 | 75 | RESPONSE to Motion by Eugene L. Cleckler re 57 MOTION in Limine (Brunson, Ronald) (Entered: 01/05/2007) |
| 01/05/2007 | 77 | MOTION in Limine by USA as to Eugene L. Cleckler, Kim Cleckler. (Schiff, Andrew) (Entered: 01/05/2007) |
| 01/06/2007 | 79 | MOTION to Partially Quash Subpoena Issued to Bradley, Arant, Rose, & White as to Eugene L. Cleckler, Kim Cleckler. (Attachments: # 1 Exhibit A)(ajr, ) (Entered: 01/08/2007) |
| 01/08/2007 | 78 | MOTION to Enforce Subpoena Issued to Bradley Arant Rose & White LLP by USA as to Eugene L. Cleckler, Kim Cleckler. (Attachments: # 1)(Schiff, Andrew) (Entered: 01/08/2007) |
| 01/08/2007 | | Minute Entry for JURY SELECTION held 1/8/07 before Judge William Keith Watkins (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/09/2007) |
| 01/08/2007 | | (Court only) ***Motions terminated as to Eugene L. Cleckler, Kim Cleckler [64] MOTION in Limine filed by Kim Cleckler, 59 MOTION in Limine filed by Eugene L. Cleckler pursuant to oral order entered by Judge Keith Watkins on 1/8/07. (ajr, ) (Entered: 01/09/2007) |
| 01/08/2007 | | VOIR DIRE BEGUN before Judge William Keith Watkins on 1/8/07as to Eugene L. Cleckler (1) on Count 1,2 and Kim Cleckler (2) on Count 1,2 (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/09/2007) |
| 01/10/2007 | | Minute Entry for JURY TRIAL held 1/10/07 before Judge William Keith Watkins as to Eugene L. Cleckler, Kim Cleckler (no pdf attached, see final minute entry) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/11/2007) |
| 01/10/2007 | | ORAL ORDER as to Eugene L. Cleckler, Kim Cleckler granting 57 MOTION in Limine as to the polygraph and conditionally granting as to other matters; granting in part and denying in part 77 MOTION in Limine; granting in part and denying in part as further stated on the record the 79 MOTION to Quash filed by Bradley, Arant, Rose, & White; Entered by |

| | | |
|---|---|---|
| | | Judge William Keith Watkins on 1/10/07. (ajr, ) (Entered: 01/11/2007) |
| 01/10/2007 | | ORAL ORDER as to Eugene L. Cleckler, Kim Cleckler granting in part and denying in part as further stated on the record the 78 MOTION to Enforce Subpoena Issued to Bradley Arant Rose & White LLP. Signed by Judge William Keith Watkins on 1/16/07. (ajr, ) (Entered: 01/16/2007) |
| 01/11/2007 | 80 | NOTICE *of Filing Brief in Support of Admissiblity of Documents* by USA as to Eugene L. Cleckler, Kim Cleckler (Snyder, Christopher) (Entered: 01/11/2007) |
| 01/11/2007 | 81 | MOTION (filed in open court) for Judgment of Acquittal by Eugene L. Cleckler, Kim Cleckler. (ajr, ) (Entered: 01/11/2007) |
| 01/11/2007 | | Minute Entry for JURY TRIAL held 1/11/07 before Judge William Keith Watkins (no pdf attached, see final minute entry) (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/16/2007) |
| 01/11/2007 | | ORAL MOTION to Strike testimony of witness by Eugene L. Cleckler, Kim Cleckler. (ajr, ) (Entered: 01/16/2007) |
| 01/11/2007 | | ORAL MOTION for mistrial re immunity agreements by Eugene L. Cleckler, Kim Cleckler. (ajr, ) (Entered: 01/16/2007) |
| 01/11/2007 | | ORAL ORDER denying Oral Motion to Strike as to Eugene L. Cleckler (1), Kim Cleckler (2); denying Oral Motion for mistrial as to Eugene L. Cleckler (1), Kim Cleckler (2). Signed by Judge William Keith Watkins on 1/16/07. (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | | RENEWED ORAL MOTION for Judgment of Acquittal by Eugene L. Cleckler(ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | 83 | MOTION (filed in open court) for Judgment of Acquittal by Eugene L. Cleckler, Kim Cleckler. (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | | ORAL ORDER as to Eugene L. Cleckler, Kim Cleckler denying renewed ORAL MOTIONS for Judgment of Acquittal filed by Eugene L. Cleckler, Kim Cleckler, denying 83 MOTION for Judgment of Acquittal filed by Eugene L. Cleckler, Kim Cleckler, Signed by Judge William Keith Watkins on 1/12/07. (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | | ORAL ORDER as to Eugene L. Cleckler, Kim Cleckler that redacted documents referenced in document 79 shall be marked as Court's exhibit 1 and sealed; Signed by Judge William Keith Watkins on 1/12/07. (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | 84 | Court's Jury Charge as to Eugene L. Cleckler, Kim Cleckler (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | 85 | JURY VERDICT as to Eugene L. Cleckler (1) Guilty as to Counts 1,2; Kim Cleckler (2) Not Guilty on Counts 1,2. (ajr, ) (Entered: 01/16/2007) |
| 01/12/2007 | 89 | Minute Entry for JURY TRIAL held 1/8/07 - 1/12/07 before Judge William Keith Watkins (Court Reporter Risa Entrekin.) (Attachments: |

| | | |
|---|---|---|
| | | #(1) Court's Exhibit List #(2) Government's Exhibit List #(3) Eugene Cleckler's Exhibit List #(4) Kim Cleckler's Exhibit List# 5 Witness List) (ajr, ) Additional attachment(s) added on 6/18/2007 (ajr, ). (Entered: 01/17/2007) |
| 01/16/2007 | 82 | ORDER as to Eugene L. Cleckler setting Sentencing for 4/10/2007 10:15 AM in Courtroom 2E before Honorable William Keith Watkins; directing counsel to communicate in writing to the PO any objections to the PSR by 3/20/07, directing parties to be availble for a conference with the PO on 3/21/07 at 9:0 a.m. as further outlined in order; Signed by Judge William Keith Watkins on 1/16/07. (ajr, ) (Entered: 01/16/2007) |
| 01/17/2007 | 86 | MOTION for New Trial by Eugene L. Cleckler. (Brunson, Ronald) (Entered: 01/17/2007) |
| 01/17/2007 | 88 | ORDER as to Eugene L. Cleckler that defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on 8/8/06 as further set out in order; Signed by Judge William Keith Watkins on 1/17/07. (ajr, ) (Entered: 01/17/2007) |
| 01/23/2007 | 90 | ORDER as to Eugene L. Cleckler re 86 MOTION for New Trial; government shall file a response on or before 2/6/07; defendant shall file a reply on or before 2/13/07. Signed by Judge William Keith Watkins on 1/23/07. (ajr, ) (Entered: 01/23/2007) |
| 01/23/2007 | | Attorney update in case as to Eugene L. Cleckler, Kim Cleckler. Attorneys Robert Emmett Poundstone, IV and Jack W. Selden, attorneys for Interested Parties Bradley, Arant, Rose and White, terminated pursuant to Oral Order entered 1/10/07. (ajr, ) (Entered: 01/23/2007) |
| 02/06/2007 | 91 | RESPONSE to Motion by USA as to Eugene L. Cleckler re 86 MOTION for New Trial (Schiff, Andrew) (Entered: 02/06/2007) |
| 02/07/2007 | 92 | ORDER as to Eugene L. Cleckler re 86 MOTION for New Trial; that on or before 2/14/07 defendant may submit a reply to the government's response to the motion. Signed by Judge William Keith Watkins on 2/7/07. (ajr, ) (Entered: 02/07/2007) |
| 02/14/2007 | 93 | MOTION for New Trial *response* by Eugene L. Cleckler. (Brunson, Ronald) Modified on 2/15/2007 to reflect that this entry was docketed as a motion in error - see 2/15/07 entry for correction (ajr, ). (Entered: 02/14/2007) |
| 02/15/2007 | | (Court only) ***Motion terminated as to Eugene L. Cleckler: 93 MOTION for New Trial - erroneously docketed as a motion by e-filer. See corrected entry this date. (Entered: 02/15/2007) |
| 02/15/2007 | | REPLY TO 91 RESPONSE to Motion by Eugene L. Cleckler re 86 MOTION for New Trial (no pdf attached - see document 93 for pdf) (ajr, ) (Entered: 02/15/2007) |

| | | |
|---|---|---|
| 03/27/2007 | 94 | **VOLUME 2**<br>TRANSCRIPT of EXCERPT OF JURY TRIAL (PDF available for court use only) as to Eugene L. Cleckler held on January 12, 2007 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 03/27/2007) |
| 03/28/2007 | 96 | SENTENCING MEMORANDUM by Eugene L. Cleckler (Brunson, Ronald) (Entered: 03/28/2007) |
| 04/06/2007 | 97 | ORDER as to Eugene L. Cleckler; Sentencing set for 4/10/07 is CONTINUED to 5/8/2007 02:00 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/6/07. (ajr, ) (Entered: 04/06/2007) |
| 04/10/2007 | 98 | ORDER as to Eugene L. Cleckler; Sentencing set for 5/8/07 is RESET for 5/10/2007 02:30 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/10/07. (ajr, ) (Entered: 04/10/2007) |
| 04/26/2007 | 99 | SENTENCING MEMORANDUM by USA as to Eugene L. Cleckler (Schiff, Andrew) (Entered: 04/26/2007) |
| 05/02/2007 | 100 | ORDER as to Eugene L. Cleckler; Sentencing set for 5/10/07 is RESET for 6/1/2007 09:45 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/2/07. (ajr, ) (Entered: 05/02/2007) |
| 05/03/2007 | 101 | MOTION to Continue *Sentencing* by USA as to Eugene L. Cleckler. (Schiff, Andrew) (Entered: 05/03/2007) |
| 05/09/2007 | 102 | ORDER as to Eugene L. Cleckler; Sentencing set for 6/1/07 is CONTINUED to 6/15/2007 02:30 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/9/07. (ajr, ) (Entered: 05/09/2007) |
| 05/09/2007 | | (Court only) ***Motion terminated as to Eugene L. Cleckler: 101 MOTION to Continue Sentencing filed by USA; terminated pursuant to 5/9/07 order. (ajr, ) (Entered: 05/15/2007) |
| 05/29/2007 | 103 | **VOLUME 3**<br>TRANSCRIPT of Jury Trial Proceedings (PDF available for court use only) as to Eugene L. Cleckler, Kim Cleckler held on 1/10/07 before Judge W. Keith Watkins. Court Reporter: Risa Entrekin. (Volume I ) (ws, ) (Entered: 05/29/2007) |
| 05/29/2007 | 104 | **VOLUME 4**<br>TRANSCRIPT of Jury Trial Proceedings (PDF available for court use only) as to Eugene L. Cleckler, Kim Cleckler held on 1/11/07 before Judge W. Keith Watkins. Court Reporter: Risa Entrekin. ( Volume II. ) (ws, ) (Entered: 05/29/2007) |
| 05/29/2007 | 105 | **VOLUME 5**<br>TRANSCRIPT of Jury Trial Proceedings (PDF available for court use only) as to Eugene L. Cleckler, Kim Cleckler held on 1/12/07 before Judge W. Keith Watkins. Court Reporter: Risa Entrekin. (Volume III) (ws, ) (Entered: 05/29/2007) |

CM/ECF - U.S. District Court: ALMD - Docket Report    Case 2:06-cr-00202-WKW-CSC    Document 119    Filed 10/26/2007    Page 12 of 13

https://ecf.almd.circ11.den/cgi-bin/DktRpt.pl?206694894813148-L...

**CONT. VOL. 1**

## VOLUME 6

| | | |
|---|---|---|
| 05/29/2007 | ●106 | TRANSCRIPT of Jury Trial Index (PDF available for court use only) as to Eugene L. Cleckler, Kim Cleckler held on January 10-12, 2007 before Judge W. Keith Watkins. Court Reporter: Risa Entrekin. (ws, ) (Entered: 05/29/2007) |
| 06/14/2007 | ●107 | ORDER as to Eugene L. Cleckler : Sentencing presently set for 6/15/07 is CONTINUED to 6/29/2007 03:00 PM in Courtroom 2E before Honorable William Keith Watkins.. Signed by Judge William Keith Watkins on 6/14/07. (ws, ) (Entered: 06/14/2007) |
| 06/27/2007 | ●108 | ORDER denying 86 Motion for New Trial as to Eugene L. Cleckler (1). Signed by Judge William Keith Watkins on 6/27/07. (ajr, ) (Entered: 06/27/2007) |
| 06/29/2007 SEALED | ●109 | Minute Entry for SENTENCING held 6/29/07 before Judge William Keith Watkins as to Eugene L. Cleckler. (PDF available for court use only) Court Reporter Risa Entrekin.) (ajr, ) (Entered: 07/03/2007) |
| 07/05/2007 | ●110 | JUDGMENT as to Eugene L. Cleckler (1), Count(s) 1, 33 Mos Imp (33 Mos Ct 1, 24 Mos Ct 2 conc); 3 Yrs Sup Rel (3 Yrs Ea Ct conc); $100 SA (Ea Ct); Count(s) 2, 33 Mos Imp (33 Mos Ct 1, 24 Mos Ct 2 conc); 3 Yrs Sup Rel (3 Yrs Ea Ct conc); $100 SA (Ea Ct) . Signed by Judge William Keith Watkins on 7/5/07. (ajr, ) (Entered: 07/05/2007) |
| 07/05/2007 | | (Court only) ***Set closed flag as to Eugene L. Cleckler (ajr, ) (Entered: 07/05/2007) |
| 07/05/2007 | ●111 | NOTICE OF APPEAL by Eugene L. Cleckler (Brunson, Ronald) Modified on 7/10/2007 to reflect that Attorney Ronald R. Brunson is appealing the 110 Judgment entered on 7/5/07 (ydw). (Entered: 07/05/2007) |
| 07/06/2007 | ● | USCA Appeal Fees received $ 455, receipt number 0703 as to Eugene L. Cleckler re 111 Notice of Appeal - Final Judgment (ydw, ) (Entered: 07/10/2007) |
| 07/10/2007 | ● | NOTICE of Docket Text Correction is issued this date to advise that re 111 Notice of Appeal - Final Judgment, was edited to reflect that Attorney Ronald R. Brunson is appealing the 110 Judgment, entered on 7/5/07. (ydw, ) (Entered: 07/10/2007) |
| 07/10/2007 | ● | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order as to Eugene L. Cleckler to US Court of Appeals re 111 Notice of Appeal - Final Judgment (ydw, ) (Entered: 07/10/2007) |
| 07/11/2007 | ●112 | MOTION for Bond *on Appeal* by Eugene L. Cleckler. (Brunson, Ronald) (Entered: 07/11/2007) |
| 07/11/2007 | ●113 | ORDER as to Eugene L. Cleckler re 112 MOTION for Bond on Appeal; Response due from the government by 7/18/2007. Signed by Judge William Keith Watkins on 7/11/07. (ajr, ) (Entered: 07/11/2007) |

**CONT. VOL. 1.**

| Date | Doc # | Description |
|---|---|---|
| 07/11/2007 | | Motions Not Referred as to Eugene L. Cleckler; Motion Pending Before Judge Watkins: 112 MOTION for Bond *on Appeal* (snc) (Entered: 07/13/2007) |
| 07/13/2007 | 114 | RESPONSE to Motion by USA as to Eugene L. Cleckler re 112 MOTION for Bond *on Appeal* (Schiff, Andrew) (Entered: 07/13/2007) |
| 07/16/2007 | 115 | RECEIVED TRANSCRIPT REQUEST re 111 Notice of Appeal - Final Judgment from Ronald R. Brunson counsel for Eugene L. Cleckler, with following notation: Order Transcript of Trial proceedings held on 1/10-12/07 ( TRANSCRIPT of Jury Trial Proceedings filed05/29/2007), and 6/29/07 Sentencing before Judge William Keith Watkin, Risa Entrekin, Court Reporter. Copy to RE/CR. (ydw, ) (Entered: 07/18/2007) |
| 07/18/2007 | | USCA Case Number as to Eugene L. Cleckler 07-13184-C for 111 Notice of Appeal - Final Judgment filed by Eugene L. Cleckler. (ydw, ) (Entered: 07/20/2007) |
| 07/26/2007 | 116 | **VOLUME 7** TRANSCRIPT re 111 Notice of Appeal - Final Judgment of Sentencing(PDF available for court use only) filed as to Eugene L. Cleckler for dates of 06/29/07 before Judge William Keith Watkin, Court Reporter: Risa Entrekin. (ydw, ) (Entered: 07/26/2007) |
| 08/10/2007 | 117 | ORDER denying 112 Motion for Bond as to Eugene L. Cleckler (1). Signed by Judge William Keith Watkins on 8/10/07. (ajr, ) (Entered: 08/10/2007) |
| 09/13/2007 | 118 | Judgment Returned Executed as to Eugene L. Cleckler on 8/14/07. (ajr, ) (Entered: 09/17/2007) **END VOL. 1.** |