**Lois Tunstall/CA11/11/USCOURTS**

10/16/2007 10:03 AM

To   Yolanda Williams/ALMD/11/USCOURTS@USCOURTS,
     Donna Norfleet/ALMD/11/USCOURTS@USCOURTS
cc   Eleanor Dixon/CA11/11/USCOURTS@USCOURTS
bcc
Subject   07-13184-CC (DC: 2:06-00202 CR W N)    ROA Req #1

CA11# 07-13184-CC
USA v. Eugene L. Cleckler
MAL: 2:06-00202 CR W N

---------------------------------------

Yolanda,   Please send the roa for this appeal.   Thanks!

Lois O. Tunstall
Clerk's Office,  11th Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta,  GA  30303