RECEIVED

2008 MAR 20 P 03

Debra P. Hackett
  Clerk, U.S. District Court
  15 LEE ST STE 206
  MONTGOMERY AL 36104-4055

---

March 19, 2008

**Appeal Number: 07-13184-CC**
Case Style: USA v. Eugene L. Cleckler
District Court Number: 06-00202 CR-W-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 19, 2008

RECEIVED
2008 MAR 20 P 4:03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13184-CC**
Case Style: USA v. Eugene L. Cleckler
District Court Number: 06-00202 CR-W-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  seven volumes

Exhibits - three folders, one envelopes, one psi

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)