IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2008 JUL -7  A 10: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|          Plaintiff | * | |
| | * | |
| | * | |
| -vs- | * | Case No. 2:06CR000202 |
| | * | |
| | * | |
| EUGENE L. CLECKLER, | * | |
|          Defendant | * | |
| | * | |

MOTION TO SUSPEND EXECUTION OF FORFEITURE

Comes now the Defendant, Eugene L. Cleckler, pro se, and respectfully moves this Court to enter an Order suspending execution of forfeiture by the United States in this case. Specifically, Mr. Cleckler asks the Court to hold in abeyance the "execution and sale of your property" scheduled for "July 31, 2008," referenced in the attached letter from the Office of the U.S. Attorney, due to the following:

1.    The Judgment and Committment Order entered by the Court in this case directs Mr. Cleckler to pay restitution in the amount of $317,901.21.  Id.

2.    Following the entry of this judgment, Mr. Cleckler's former attorney – Mr. Ronald R. Brunson – notified the U.S. Attorney's Office that Mr. Cleckler was trying to sell a piece of property for $2,000,000.00 in order to satisfy the judgment.  As a result, the U.S. Attorney's Office did not execute forfeiture.

3.   In May of 2008, the United States sent a letter to former counsel Brunson inquiring as to when Mr. Cleckler would be selling the property.  Mr. Brunson subsequently forwarded the letter to Mr. Cleckler at LSCI Butner, North Carolina.

4.   On May 28, 2008, Mr. Cleckler wrote directly to the U.S. Attorney's Office advising them that he had yet to sell his property due to the recent decline in the real estate market.  Additionally, Mr. Cleckler made the United States aware that he had recently filed a collateral attack on his conviction, therefore, it was premature for the government to attempt to enforce a judgment that could very likely be set aside.  As such, Mr. Cleckler asked the United States to refrain from executing the judgment until his § 2255 was determined.  Alternatively, Mr. Cleckler requested a period of up to six (6) months to sell his property in order to obtain its fair market value.

5.   On June 24, 2008, Ms. Antrena B. Gardner, Financial Litigation Project Manager for the U.S. Attorney's Office, sent Mr. Cleckler a letter advising him that "[w]e have suspended execution and sale of your property until July 31, 2008." [Page 1 of attached letter].  In other words, the government has given Mr. Cleckler until July 31, 2008 in which to pay a forfeiture that may very well not be valid.

6.   Critically, Mr. Cleckler does not have any objection to satisfying the judgment if it is ultimately ruled to be valid.  However, it is unfair and highly prejudicial to Mr. Cleckler to allow the government to sell his property at this time, simply because such a sale will no doubt result in a price far below the fair market value.  In other words, such a forced sale would result in punishing Mr. Cleckler twice for the same conduct, once for the forfeiture and again for the loss of equity that he would receive from such a sale.  On the other hand, the government cannot claim any prejudice from holding this matter in abeyance.

2

Accordingly, due to the foregoing, Defendant Eugene L. Cleckler asks the Court to grant this motion in the interests of justice and fundamental fairness, and to enter an Order directing the United States to refrain from executing judgment until the validity of his conviction is determined. Alternatively, Mr. Cleckler asks the Court to enter an Order holding the matter in abeyance until he can sell his property for a fair market value, or for a period of up to six (6) months.

Respectfully Submitted on this, the ___30___ day of June 2008.


_Eugene L. Cleckle_____

Eugene L. Cleckler
Reg. No. 12009-002
LSCI Butner
P.O. Box 999
Butner, NC.  27509


CERTIFICATE OF SERVICE

I, Eugene L. Cleckler, hereby certify under the penalty of perjury that a true and accurate copy of the foregoing has been sent, via 1st Class U.S. Mail, postage prepaid, to the Office of the U.S. Attorney; P.O. Box 197; Montgomery, Alabama 36101-0197, by depositing the same in the institutional mailing system at LSCI Butner, NC on this, the ___30___ day of June, 2008.


_Eugene L. Cleckle_____

Eugene L. Cleckler


3



**U.S. Department of Justice**

*United States Attorney*
*Middle District of Alabama*

---

131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36104-3429

Telephone: 334/223-7280
Fax: 334/223-7560
Fin Lit Fax: 334/223-7201
Civil Fax 334/223-7418
Criminal Fax: 334/223-7135

June 24, 2008

Mr. Eugene L. Clecker
Reg. No. 12009-002
LSCI Butner
P. O. Box 999
Butner, NC 27509

     Re:  United States v. Eugene L. Cleckler
        Criminal No.:  2:06CR000202
        Restitution Balance:  $317,501.21

Dear Mr. Cleckler;

   Thank you for your letter dated May 28, 2008, advising that you are no longer represented by Attorney Ronald R. Brunson.

   In your letter you state that execution of the property is "premature" at this time.  Please be advised that the Judgment and Commitment Order dated June 29, 2007, states that the lump sum payment of $317,901.21 is due **"immediately,"** therefore, it is not premature that we pursue collection on this debt.  It is our responsibility to make the victim of your crime whole and that is not possible at the rate of $25.00 per month.

   We have suspended execution and sale of your property until July 31, 2008.  If you would like to satisfy this judgment prior to that date, please forward a cashier's check in the amount of $317,501.21, payable to Clerk, U. S. District Court, and mail to P. O. Box 711, Montgomery, Alabama 36101.  Upon notification from the Clerk's Office that payment has been received, we will file a Satisfaction of Judgment and cancellation and release of all liens filed against you.

   It is to your advantage to satisfy this debt as soon as possible.

If you have further questions, please call me at (334) 223-7280.

Your prompt attention to this matter is appreciated.

Sincerely yours,

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

Antrena B. Gardner
Financial Litigation Project Manager