IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |

## **ORDER**

It is ORDERED that the government shall file a response to the defendant's *pro se* Motion to Suspend Execution of Forfeiture (Doc. # 124) **on or before** July 25, 2008.

DONE this 11th day of July, 2008.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE