IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: **2:06-CR-0202-WKW** |
| | ) | |
| EUGENE L. CLECKLER, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a 10-day extension of time in which to file a response in the above-styled action. In support of said motion plaintiff provides the following:

1.    The United States has communicated with the defendant in an effort to resolve the subject matter of his Motion to Suspend Execution of Forfeiture. Given defendant's status, such communication was in writing and was most likely not received by the defendant before sometime on or after Tuesday, July 22, 2008. The defendant has, therefore, not had ample to time to respond to the United States' offer to resolve the pending motion.

2.    It is respectfully requested that the United States be given an extension of time of 10 days in which to respond to the defendant's motion.

Respectfully submitted this 25th day of July, 2008.

                                    LEURA G. CANARY
                                    United States Attorney

By:      s/R. Randolph Neeley
          R. Randolph Neeley
          Assistant United States Attorney
          Bar Number:  #9083-E56R
          Attorney for Plaintiff/Garnishor
          United States Attorney's Office
          Post Office Box 197
          Montgomery, AL  36101-0197
          Telephone: (334) 223-7280
          Facsimile:  (334) 223-7418
          E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Eugene Cleckler
    Reg. No.: # 12009-002
    LSCI Butner
    P.O. Box 999
    Butner, NC 27509

                                      s/R. Randolph Neeley
                                      Assistant United States Attorney