IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |

## **ORDER**

It is ORDERED that the government's Motion for Extension of Time to File Response (Doc. # 126) is GRANTED, and the deadline for the government's response is extended to **August 8, 2008.**

DONE this 30th day of July, 2008.

                            /s/  W.  Keith Watkins
                          UNITED STATES DISTRICT JUDGE