IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-202-WKW |
| | ) | |
| EUGENE L. CLECKLER | ) | |

## **ORDER**

This case is before the court on Defendant's Motion to Suspend Execution of Forfeiture (Doc. # 124). In this motion, Defendant asks the court to issue an order directing the government to refrain from executing forfeiture until the validity of his conviction is determined or holding the matter in abeyance for six months so that he can sell his property for fair market valley. The government explains that it has not yet applied to the court for a writ of execution, and, accordingly, Defendant's motion is premature. *See* 28 U.S.C. § 3203(c)(1). Upon consideration of Defendant's motion, it is ORDERED that the motion is DENIED because the court cannot suspend execution proceedings that have not yet begun.

DONE this 12th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE