IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 AUG 14  A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>-vs.-<br><br><br>EUGENE L. CLECKLER<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CR 4:04-cr-00140-TLW-1
2:06cr202-001-WKW

REPLY TO THE UNITED STATES'S RESPONSE TO
DEFENDANT'S MOTION TO SUSPEND EXECUTION OF FORFEITURE

   Comes now the Defendant, Eugene L. Cleckler, pro se, and respectfully submits his reply to the United States's letter response to his motion to suspend execution of forfeiture. Specifically, Defendant states the following:

1. On July 18, 2008, the United States agreed by letter to suspend execution of forfeiture for six (6) months providing that the Defendant increase his BOP payments to $1,000.00 each month.

2. Respectfully, such a payment is impossible for the Defendant while he is incarcerated and, in fact, would require a new Judgment to be entered.

3. As such, the Defendant asks the Court to grant his motion for the reasons previously presented, and to hold the matter in abeyance for six (6) months, or

until he can sell his property, whichever comes first.

Respectfully Submitted on this, the __11__ day of August, 2008.

*[signature: Eugene L. Cleckler]*
Eugene L. Cleckler

## CERTIFICATE OF SERVICE

I, Eugene L. Cleckler, hereby certify under the penalty of perjury that a true and accurate copy of the foregoing has been sent, via 1st Class U.S. Mail, postage prepaid, to the Office of the U.S. Attorney; 131 Clayton Street; P.O. Box 197; Montgomery, Alabama 36104-3429, by depositing the same in the institutional mailing system at LSCI Butner, NC on this, the ____ day of August, 2008.

*[signature: Eugene L. Cleckler]*
Eugene L. Cleckler
# 12009-002
LSCI Butner
P.O. Box 999
Butner, NC 27509