IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:06-cr-202-WKW |
| ) | |
| EUGENE L. CLECKLER ) | |

## **ORDER**

On August 14, 2008, Defendant Eugene L. Cleckler filed a *pro se* Reply to the United States' Response to Defendant's Motion to Suspend Execution of Forfeiture (Doc. # 131). Prior to Defendant filing his Reply, the court entered an Order (Doc. # 130), denying Defendant's Motion to Suspend Execution of Forfeiture (Doc. # 126), upon which Defendant's Reply is based. The arguments proffered by Defendant in his Reply, however, do not change the opinion of the court, as set out in its Order denying Defendant's Motion to Suspend Execution of Forfeiture (Doc. # 130), that the court cannot suspend execution proceedings that have not yet begun.

DONE this 21st day of August, 2008.

            /s/   W.  Keith Watkins
            UNITED STATES DISTRICT JUDGE